```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUN 1 5 2018
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA           :

   - v. -                          :           ORDER

ROGER THOMAS CLARK,                :           S2 15 Cr. 866 (WHP)
   a/k/a "Variety Jones,"
   a/k/a "VJ,"                     :
   a/k/a "Cimon,"
   a/k/a "Plural of Mongoose,"     :

               Defendant.     :

- - - - - - - - - - - - - - - - - - -x

     Upon the application of the United States, by the United States Attorney for the Southern District of New York, Geoffrey S. Berman, by Assistant United States Attorneys Timothy T. Howard, Richard A. Cooper, and Michael D. Neff;

     It is found that Indictment S2 15 Cr. 866 (WHP) is currently sealed and the United States Attorney's Office has applied to have that Indictment unsealed, and it is therefore

     ORDERED that the Indictment, S2 15 Cr. 866 (WHP), in the above-captioned action be unsealed and remain unsealed pending further order of the Court.

Dated:   New York, New York
         June 15, 2018

_____
THE HONORABLE GABRIEL W. GORENSTEIN
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK



U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 15, 2018

**BY EMAIL**

The Honorable Gabriel W. Gorenstein
United States Magistrate Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

    Re: *United States* v. *Roger Thomas Clark*, S2 15 Cr. 866 (WHP)

Dear Judge Gorenstein:

    The Government respectfully requests that the Indictment S2 15 Cr. 866 (WHP) be unsealed. The defendant was previously ordered to be extradited from Thailand to the United States, and he is currently in transit. He is expected to arrive in the United States this morning, and in the Southern District of New York by this afternoon. The case has already been assigned to Judge Pauley, whom we understand is not in chambers today.

    Respectfully submitted,

    GEOFFREY S. BERMAN
    United States Attorney for the
    Southern District of New York

By:   /s/ Michael D. Neff
    Timothy T. Howard
    Richard A. Cooper
    Michael D. Neff
    Assistant United States Attorneys
    (212) 637-2308/1027/2107