```
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF NEW YORK


In re:                                :
                                          Docket #1:15-cr-00866-
 UNITED STATES OF AMERICA,            : WHP All Defendants

                  Plaintiff,          :

   - against -                        :

 CLARK, ROGER THOMAS                  : New York, New York
                                        June 15, 2018
                  Defendant.          :
                                          PRESENTMENT HEARING
------------------------------------- :


                       PROCEEDINGS BEFORE
           THE HONORABLE JUDGE GABRIEL W. GORENSTEIN,
         UNITED STATES DISTRICT COURT MAGISTRATE JUDGE

APPEARANCES:

For Plaintiff:         UNITED STATES ATTORNEY'S OFFICE
                       BY:  MICHAEL D. NEFF, ESQ.
                            RICHARD A. COOPER, ESQ.
                       One Saint Andrew's Plaza
                       New York, NY  10007
                       212-637-2107

For the Defendant:     LAW OFFICE OF STEPHANIE CARVLIN
                       BY:  STEPHANIE M. CARVLIN, ESQ.
                       140 Broadway, Suite 4610
                       New York, NY  10005
                       212-748-1636




Transcription Service: Carole Ludwig, *Transcription Services*
                       141 East Third Street #3E
                       New York, New York 10009
                       Phone:  (212) 420-0771
                       Fax:  (212) 420-6007

Proceedings recorded by electronic sound recording;
Transcript produced by transcription service
```

**INDEX**

**E X A M I N A T I O N S**

| **Witness** | **Direct** | **Cross** | **Re-Direct** | **Re-Cross** |
|---|---|---|---|---|
| None | | | | |

**E X H I B I T S**

| **Exhibit Number** | **Description** | **ID** | **In** | **Voir Dire** |
|---|---|---|---|---|
| None | | | | |

```
                                PROCEEDINGS                          3
 1
 2              THE CLERK:  United States v. Roger Clark.
 3              Counsel, please state your name for record.
 4              MR. MICHAEL D. NEFF:  Good afternoon, your Honor.
 5   Michael Neff and Richard Cooper for the government, joined
 6   at counsel table by FBI Special Agent Sam Sherani; IRS
 7   Special Agent Gary Alford; and FBI Task Force Officer Mark
 8   Rubens.
 9              MR. RICHARD A. COOPER:  Good afternoon, your
10   Honor.
11              MS. STEPHANIE M. CARVLIN:  Good afternoon, your
12   Honor.  Stephanie Carvlin with Roger Thomas Clark.
13              HONORABLE GABRIEL W. GORENSTEIN (THE COURT):  All
14   right, may I have the time and date of arrest?
15              MR. NEFF:  Yes, your Honor, the defendant was
16   arrested in Thailand, contested extradition and ultimately
17   was extradited from Thailand to the United States, arriving
18   in the district this afternoon.
19              THE COURT:  Is this ready for arraignment?
20              MR. NEFF:  Just presentment, your Honor.
21              THE COURT:  Sir, I'm Judge Gorenstein.  I'm going
22   to begin by telling you you are not required to make any
23   statements to the authorities.  Anything you said to them
24   could be used against you.  If you are not a United States
25   citizen, you may request that a government attorney or a
```

```
 1                          PROCEEDINGS                        4
 2   law enforcement official notify a consular officer from
 3   your country that you have been arrested.  Even without a
 4   request, notification may be required by a treaty.
 5              You have the right to be represented by an
 6   attorney.  If you cannot afford one, you have the right to
 7   request that the Court appoint one for you.
 8              I have before me a Financial Affidavit form that
 9   you have signed under penalty of perjury.  Based upon the
10   statements that you've made on this form, I'm approving the
11   appointment of counsel.
12              I have before me an indictment that contains the
13   charges in this case.  The charge in Count 1 is that from
14   January 2011 to October 2013, you conspired with others to
15   distribute by means of the internet controlled substances,
16   specifically, a kilogram or more of heroin; five kilograms
17   or more of cocaine; 10 grams or more of LSD; 500 grams or
18   more of substances containing methamphetamine.
19              The charge in Count 2 is that in that same time
20   period, that you distributed or possessed with intent to
21   distribute the same drugs.
22              The charge in Count 3 is that you distributed
23   narcotics by means of the internet in the same time period.
24   Once again, the same drugs.
25              Count 4 is conspiracy to commit or aid and abet
```

```
 1                        PROCEEDINGS                        5
 2   computer hacking, again in the same time period.
 3             The charge in Count 5 is conspiracy to traffic in
 4   fraudulent identification documents, same time period.
 5             The charge in Count 6 is conspiracy to commit
 6   money laundering, again in the same time period.
 7             Counsel, have you seen this indictment?
 8             MS. CARVLIN:  I have, your Honor.  I've reviewed
 9   it with my client.  We waive the public reading.
10             THE COURT:  All right, I understand there's
11   consent to detention without prejudice to future
12   application for bail, is that correct?
13             MS. CARVLIN:  That is correct.
14             THE COURT:  All right, that's so ordered.
15             Anything else from the government?
16             MR. NEFF:  Your Honor, I'd just put on the record
17   there is an initial conference scheduled before Judge
18   Pauley on Tuesday afternoon, June 19, at 4:30 PM.  The
19   government seeks to exclude time between today and Tuesday
20   for, among other reasons, so that the parties can begin
21   discussing a possible protective order and perhaps
22   negotiations about a potential disposition.
23             THE COURT:  Do you wish to be heard on the
24   application?
25             MS. CARVLIN:  I don't object, your Honor, on the
```

```
 1                       PROCEEDINGS                        6
 2   grounds that we would have time to discuss the possible
 3   disposition in the case.
 4              THE COURT:  All right, I grant the exclusion
 5   because I find the ends of justice outweigh the best
 6   interests of the public and the defendant in a speedy
 7   trial based upon the need to discuss disposition
 8              Anything else from the government?
 9              MR. NEFF:  No, your Honor.
10              THE COURT:  From defense counsel?
11              MS. CARVLIN:  No, your Honor.
12              THE COURT:  Thank you, everyone.
13              (Whereupon, the matter is adjourned.)
14
15
16
17
18
19
20
21
22
23
24
25
```

```
 1                                                          7
 2
 3                      C E R T I F I C A T E
 4
 5         I, Carole Ludwig, certify that the foregoing
 6   transcript of proceedings in the case of United States of
 7   America v. Clark, Roger T., Docket #15-cr-00866-WHP, was
 8   prepared using digital transcription software and is a true
 9   and accurate record of the proceedings.
10
11
12
13   Signature_____
14                Carole Ludwig
15   Date:    August 13, 2018
16
17
18
19
20
21
22
23
24
25
```