


**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 25, 2019

**BY ECF**

The Honorable William H. Pauley III
United States District Judge
Southern District of New York
500 Pearl Street
Daniel Patrick Moynihan U.S. Courthouse
New York, New York 10007

    Re:    *United States v. Roger Thomas Clark*, 15 Cr. 866 (WHP)

Dear Judge Pauley:

    The Government respectfully submits this letter to update the Court regarding the defendant's access, at the Metropolitan Detention Center (the "MDC"), to the laptop and multi-Terabyte hard drives containing discovery in this case. Following this afternoon's court conference, the Government conferred with counsel at the MDC. The MDC has advised that, by the end of next week, the defendant in this case will have access to the laptop, five days per week (Monday through Friday), for approximately five to six hours per day.

    Respectfully submitted,

    GEOFFREY S. BERMAN
    United States Attorney

By: _____
    Eun Young Choi / Michael Neff / Richard Cooper
    Assistant United States Attorneys
    (212) 637-2187/2107/1027

cc:    Stephanie Carvlin, Esq. (via ECF)