J7I6CIAC

1   UNITED STATES DISTRICT COURT
    SOUTHERN DISTRICT OF NEW YORK
2   ------------------------------x

3   UNITED STATES OF AMERICA,

4              v.                        15 CR 866(WHP)

5   ROGER THOMAS CLARK,

6              Defendant.                Conference

7   ------------------------------x
                                         New York, N.Y.
8                                        July 18, 2019
                                         12:20 p.m.
9

10  Before:

11
                   HON. WILLIAM H. PAULEY III,
12
                                         District Judge
13
                         APPEARANCES
14
    GEOFFREY S. BERMAN
15       United States Attorney for the
         Southern District of New York
16  BY:  MICHAEL NEFF
         VLAD VAINBERG
17       Assistant United States Attorneys

18  STEPHANIE CARVLIN
    JACOB MITCHELL
19       Attorneys for Defendant

20
    Also Present:  Courtney Hauck, Intern
21

22

23

24

25

J7I6CIAC

1        (Case called)

2            MR. NEFF:  Good afternoon, your Honor.

3            Michael Neff and Vlad Vainberg for the government,

4    joined at counsel table by an intern with our office, Courtney

5    Hauck.

6            THE COURT:  Good afternoon.

7            MS. CARVLIN:  Good afternoon your Honor.

8            Stephanie Carvlin for Roger Clark, and with me is my

9    associate Jacob Mitchell.

10           THE COURT:  Good afternoon to you as well.

11           I note the presence of the defendant, Mr. Clark, at

12   counsel table.

13           I have received Ms. Carvlin's report.

14           Mr. Neff, from the government's perspective, what is

15   the status of this matter?

16           MR. NEFF:  Yes, your Honor.  Two minor developments

17   since the last time we were together in late March.  The first

18   was noted in Ms. Carvlin's letter from a few days ago, namely,

19   she and I have been working together and with legal staff at

20   MDC to try to ensure Mr. Clark's access to every last page.  We

21   agree with Ms. Carvlin's description in her letter as to the

22   status and progress of those efforts.

23           Second, there have been no productions of discovery

24   since we were last together in late March, but we anticipate

25   one later this month.  Specifically less than a week ago the

J7I6CIAC

1    government received MLAT returns from the U.K. consisting

2    principally of criminal history records, immigration records

3    and corporation records.  These returns appear not to be

4    particularly voluminous.  They appear to be less than 250 or so

5    pages and they appear to be entirely in English.  We're in the

6    process of reviewing those materials and will produce them

7    later this month.

8              I suppose I should note or reiterate since we've said

9    it previously, obviously our investigation is ongoing and

10   should we come into possession of additional Rule 16 materials,

11   we will produce them promptly.

12             THE COURT:  Thank you.

13             Ms. Carvlin, with respect to the proposed motions, it

14   might be helpful if you could add a little to them.

15   Specifically with respect to your motion to dismiss the

16   indictment, I am interested to know what arguments you think

17   you would be advancing.

18             MS. CARVLIN:  Judge, I am a little hesitant because

19   those motions depend on the result of the investigation that is

20   ongoing.  It would be in terms of the way in which the

21   government initiated the prosecution initially.

22             THE COURT:  Fair enough.  I think that your proposed

23   briefing schedule for the motions is largely acceptable if you

24   file your motions on October 31.  I take it the government

25   believes that it needs the kind of time that is requested in

J7I6CIAC

1  Ms. Carvlin's letter?

2          MR. NEFF:  We do, your Honor.  In part because of

3  simply the number and anticipated breadth of the motions, in

4  part because of the current trial schedule of the assistant

5  U.S. attorneys on this case.  Two of the three of us have

6  multi-week trials beginning October 28th at least at present,

7  which roughly corresponds with the anticipated filing date of

8  the motions.  So we do believe that the six weeks requested is

9  appropriate.  Again because of number and schedule, not because

10  of any view from our perspective that any of the motions have

11  merit.

12          THE COURT:  Ms. Carvlin, I think you're being awfully

13  hard on yourself by suggesting that you will file your reply on

14  December 26th.  I am simply going to say to you that you can go

15  ahead and file your reply if it will help by January 8th.

16          MS. CARVLIN:  I am sure my family would appreciate

17  that over the holiday, Judge.

18          THE COURT:  January 8th for reply.

19          I will obviously want to hear oral argument on these

20  motions and I will put them down for January 24th at 11:30.

21          I do think that it would be helpful for me to have yet

22  another conference with you, though, before that oral argument

23  date and I am thinking of after the motions are filed on

24  October 31 that we have a further conference on November 7 for

25  the purpose of making certain that everything is on track

J7I6CIAC

1    relating to Mr. Clark's review of the materials and the

2    situation at MDC and all those sorts of things.  So put it down

3    for November 7 at 11:00 a.m.

4         Once again I'd invite the government and defense to

5    submit a status report, let's say, by November 4.

6         MS. CARVLIN:  I will say, your Honor, having these

7    deadlines has been very helpful with the government and my

8    efforts to facilitate things with MDC.

9         THE COURT:  Right.  If there is a need for judicial

10   intervention, the two of you will let me know.

11        MS. CARVLIN:  Yes.  Thank you.

12        THE COURT:  What then is the defendant's view

13   concerning the exclusion of time between now and November 7?

14        MS. CARVLIN:  We have no objection, your Honor.  We're

15   still reviewing the discovery and will be making a motion if

16   appropriate.

17        THE COURT:  Since this continuance is due to the

18   defendant's announced intention to file motions and the

19   defendant's continuing review of the voluminous discovery in

20   this case and the government's production of MLAT returns from

21   the United Kingdom, among other things, I perspectively exclude

22   the time from today until November 7, 2019, from Speedy Trial

23   Act calculations.  I find that this continuance serves to

24   ensure the effective assistant of counsel and prevents any

25   miscarriage of justice.  Additionally, I find that the ends of

J7I6CIAC

justice served by such a continuance outweigh the best interest

of Mr. Clark in a speedy trial pursuant to 18, U.S.C., Section

3161.

Anything further?

MR. NEFF:  No, your Honor.  Thank you.

MS. CARVLIN:  No, your Honor.

THE COURT:  Thank you all for coming in.  Have a good

afternoon.

-0-