# LAW OFFICE OF
## STEPHANIE M. CARVLIN, ESQ.
140 Broadway, Suite 4610
New York, New York   10005

STEPHANIE M. CARVLIN, ESQ.                                TELEPHONE: 212-748-1636
                                                         FAX: 212-858-7750
                                                         E-MAIL: CARVLIN@HOTMAIL.COM

November 4, 2019

Honorable William H. Pauley
United State District Court
Southern District of New York
500 Pearl Street
New York, NY   10007

    Re:   <u>United States v. Roger Thomas Clark</u>
          15-cr-866 (WHP)

Dear Judge Pauley:

    At the last status conference in this case on July 18, 2019, the Court directed the parties to submit a letter, addressing any issues that we anticipate raising at the November 13, 2019, conference. We are now in the middle of motion practice. The defense motions were submitted on October 31, 2019. The government will file its response on or before December 12, 2019. The defense reply is due by January 8, 2020. I have consulted with the government, and the parties agree that since the last conference no new issues have arisen that require the Court's attention.

                                              Respectfully submitted,

                                              _____/s/_____
                                              Stephanie M. Carvlin

cc:   AUSA Michael Neff
       AUSA Vladislav Vainberg
       AUSA Eun Young Choi (via ECF)