# LAW OFFICE OF
## STEPHANIE M. CARVLIN, ESQ.
140 Broadway, Suite 4610
New York, New York  10005

STEPHANIE M. CARVLIN, ESQ.  
E-MAIL: CARVLIN@HOTMAIL.COM

TELEPHONE: 212-748-1636  
FAX: 212-858-7750

December 30, 2019

Honorable William H. Pauley  
United State District Court  
Southern District of New York  
500 Pearl Street  
New York, NY  10007

    Re:    <u>United States v. Roger Thomas Clark</u>  
            15-cr-866 (WHP)

Dear Judge Pauley:

    I write to seek a five-day extension of time to file my reply brief in support of Mr. Clark's motion to suppress physical evidence and statements and to obtain additional discovery. My reply is now due on January 8, 2020. I ask that the Court grant me until January 13, 2020, to file. The government consents to this request.

    Over the holiday I contracted a virus. As a result, I have been unable to work since December 26. I anticipate being well enough to begin working again tomorrow. The additional time will compensate for the time I was unable to work and will enable me to do a thorough job research and drafting the reply. Additionally, and importantly, the extension will give me an opportunity to fully review everything with Mr. Clark. As the Court knows he has been (and remains) fully involved in all aspects of his defense.

    I have not previously sought an extension of this deadline.

Respectfully submitted,

_____/S/_____  
Stephanie Carvlin

cc: AUSA Michael Neff  
    AUSA Vladislav Vainberg  
    AUSA Eun Young Choi