UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

UNITED STATES OF AMERICA,         :     **DECLARATION**
           v.                        :

                                      Indictment No.
ROGER THOMAS CLARK,         :     15-cr-866 (WHP)

                                  :
            Defendant.

                                  :
-------------------------------------------------------------x

       I, ROGER THOMAS CLARK, declare under penalty of perjury, pursuant to 28 U.S.C. §1746, that the following is true and correct:

1.     The transcript the government has obtained of my extradition proceeding in Thailand is not a verbatim transcript of questions and answers.

2.     There was no contemporaneous recording made of the proceedings.

3.     Three judges were presiding. After the prosecutor asked me questions and my lawyer asked me to expand on some of the answers I had given, the judges talked among themselves for approximately ten minutes. They then came to a consensus on what they recalled had been said during the proceeding.

4.     Only then did one of the judges speak into the tape recorder. It was this "recording" that provides the basis for the transcript the government here claims is a verbatim recording of my testimony.

5.     My testimony was compelled. If I failed to testify my case would be forfeited under Thai law, and my right to appeal would have been extinguished.

_____Roger Clark

Dated:    January 13, 2020
          Brooklyn, New York