

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 21, 2020

**BY ECF**

The Honorable William H. Pauley III
United States District Judge
Southern District of New York
500 Pearl Street
Daniel Patrick Moynihan U.S. Courthouse
New York, New York 10007

      Re:   *United States v. Roger Thomas Clark*, S2 15 Cr. 866 (WHP)

Dear Judge Pauley:

      After conferring with Your Honor's Chambers, the Government respectfully submits this letter, with consent of the defense, to request that oral argument on the defendant's suppression motions and discovery motions be rescheduled for Wednesday, February 12, 2020, at 10:00 a.m., which we understand may be a convenient time for the Court.

      The parties further request that a conference be scheduled for Thursday, January 30, 2020, at 3:00 p.m., which we also understand may be convenient for the Court.[1]

Application granted.

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.

January 21, 2020

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney for the
Southern District of New York

By: _____
Eun Young Choi / Michael Neff / Vladislav Vainberg
Assistant United States Attorneys
(212) 637-2187/2107/1029

cc:    Stephanie M. Carvlin, Esq. (via ECF)
        Jacob B. Mitchell, Esq. (via ECF)

---

[1] The defense has informed the Government that it consents to the exclusion of time, under the Speedy Trial Act, until February 12, 2020. Of course, the defense's filing of motions on October 31, 2019 triggered an automatic exclusion of time, under 18 U.S.C. § 3161(h)(1)(D), which exclusion remains ongoing due to the defense's pending motions.