**MEMO ENDORSED**

**LAW OFFICE OF**
**STEPHANIE M. CARVLIN, ESQ.**
140 Broadway, Suite 4610
New York, New York  10005

STEPHANIE M. CARVLIN, ESQ.

TELEPHONE: 212-748-1636
FAX: 212-858-7750
E-MAIL: CARVLIN@HOTMAIL.COM

April 13, 2020

Honorable William H. Pauley
United State District Court
Southern District of New York
500 Pearl Street
New York, NY  10007

Re:   United States v. Roger Thomas Clark
      15-cr-866 (WHP)

Dear Judge Pauley:

    I write as the Court directed when Mr. Clark entered his plea on January 30, 2020, to advise the Court of the status of my efforts to prepare a sentencing submission on Mr. Clark's behalf. On February 28, 2020, Mr. Clark was interviewed by United States Probation Officer Simone Belgrave (with counsel present). I received a draft copy of the Presentence Investigation Report ("PSR") Officer Belgrave completed on March 27, 2020. I directed my paralegal to mail a copy of the PSR to Mr. Clark on March 29, 2020. However, as the Court knows, attorney-client visits at all Bureau of Prison facilities are cancelled because of COVID-19. As a result, I have been unable to review the PSR with Mr. Clark. It is difficult to predict when attorney-client visits will resume.

    After consulting with the government, I propose that the Court adjourn Mr. Clark's sentencing date for 60 days until the end of July, 2020. If the application is granted, I will submit another status update letter to the Court on or before May 15, 2020. The government consents to this request. I also informed Ms. Belgrave that I would be making this request, and she requested that her deadlines be extended accordingly.

Application granted.  Sentencing adjourned to
July 30, 2020 at 2:00 p.m.

Respectfully submitted,

SO ORDERED:

_____/s/_____
Stephanie Carvlin

*[signature]*
WILLIAM H. PAULEY III
U.S.D.J.

April 14, 2020