# LAW OFFICE OF
## STEPHANIE M. CARVLIN, ESQ.
140 Broadway, Suite 4610
New York, New York   10005

STEPHANIE M. CARVLIN, ESQ.

TELEPHONE: 212-748-1636
FAX: 212-858-7750
E-MAIL: CARVLIN@HOTMAIL.COM

April 24, 2020

Honorable William H. Pauley
United State District Court
Southern District of New York
500 Pearl Street
New York, NY   10007

Re:   United States v. Roger Thomas Clark
      15-cr-866 (WHP)

Dear Judge Pauley:

I write to request the Court's assistance in helping me secure medical treatment for Mr. Clark. Since Mr. Clark's extradition to the United States almost two years ago, he ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ At times when I have met with him at the MDC, I have seen ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ During the term of Mr. Clark's incarceration at the MDC, ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ He advises me that the facility has not been providing him with an adequate amount of ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ Mr. Clark has made multiple requests through the internal prison system ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

I sent an email to MDC Staff Attorney Holly Pratesi on April 15, 2020, after a previous call with Mr. Clark. I asked Ms. Pratesi to arrange for Mr. Clark to be seen by medical personnel at the MDC. She responded via email on April 18, 2020, advising me that she had forwarded my concern to health services "to be addressed as appropriate." Mr. Clark has not received adequate attention.

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

▬▬ This is particularly concerning in light of the prevalence of the coronavirus that causes COVID-19.

Given these circumstances I ask that the Court order the MDC to have medical personnel meet with Mr. Clark and provide him with *ongoing* and truly appropriate treatment for his condition.

I appreciate the Court's attention to this issue.

Respectfully submitted,

Stephanie Carvlin

cc: AUSA Michael Neff
AUSA Vladislav Vainberg