**MEMO ENDORSED**

# LAW OFFICE OF
## STEPHANIE M. CARVLIN, ESQ.
140 Broadway, Suite 4610
New York, New York  10005

STEPHANIE M. CARVLIN, ESQ.

TELEPHONE: 212-748-1636
FAX: 212-858-7750
E-MAIL: CARVLIN@HOTMAIL.COM

July 15, 2020

Application granted.

SO ORDERED:

*[signature]*
WILLIAM H. PAULEY III
U.S.D.J.

July 15, 2020

Honorable William H. Pauley
United States District Court
Southern District of New York
500 Pearl Street
New York, NY  10017

Re:   *United States v. Roger Thomas Clark*
      15-cr-866 (WHP)

Dear Jude Pauley:

I write to inform the Court of the status of my efforts to prepare for Roger Clark's sentencing. As the Court is undoubtedly aware, the Metropolitan Detention Center is still closed for attorney visits. In addition, the facility remains on partial lockdown as a result of the Bureau of Prison's efforts to deal with the coronavirus. While Inmates now have somewhat greater access to computers through which they can do research and review legal materials, they are allowed out of their cells only three hours a day. As a result, Mr. Clark has limited ability to undertake efforts on his own behalf to participate in his sentence. I have no ability to communicate with Mr. Clark in person and only limited ability to contact with him via telephone or video. These methods are poor substitutes for direct contact. Mr. Clark has been deeply involved in his case and wants to be involved in crafting his sentence submission.

I therefore ask that the Court not set a sentencing date at this time. Instead I suggest that I be permitted to submit an additional status update letter on Monday, August 17, 2020, with the expectation that a sentencing date could then be set. The government has no objection to this request.

Respectfully submitted,

/s/ Stephanie Carvlin

cc: AUSA Michael Neff
AUSA Vladislav Vainsberg (via ECF)