# LAW OFFICE OF
## STEPHANIE M. CARVLIN, ESQ.
140 Broadway, Suite 4610
New York, New York   10005

STEPHANIE M. CARVLIN, ESQ.

TELEPHONE: 212-748-1636
FAX: 212-858-7750
E-MAIL: CARVLIN@HOTMAIL.COM

August 14, 2020

Honorable William H. Pauley
United States District Court
Southern District of New York
500 Pearl Street
New York, NY   10017

Application granted.
SO ORDERED:

*[signature]*
WILLIAM H. PAULEY III
U.S.D.J.

August 17, 2020

Re:   *United States v. Roger Thomas Clark*
      15-cr-866 (WHP)

Dear Jude Pauley:

I write to again to advise the Court of the status of my efforts to prepare for Roger Clark's sentencing. The Metropolitan Detention Center remains closed for attorney visits. In addition, the facility is still on partial lockdown as a result of the Bureau of Prison's efforts to deal with the coronavirus and recent violent episodes in certain units in the jail. While I have provided Mr. Clark with extensive materials for his review, he continues to have limited ability to undertake independent research to develop arguments for his sentencing submission. We do have attorney-client contact through telephone calls, but this does not substitute for being able to meet in person. Finally, Mr. Clarks faces a guideline range of 240 months, and he has not contested the government's factual allegations as detailed in the Presentence Investigation Report. Thus, neither side would be prejudice by further delay.

I therefore ask that the Court not set a sentencing date at this time.  Instead I suggest that I be permitted to submit an additional status update letter on Thursday, September 17, 2020, with the expectation that the MDC may be open and I may be able to meet with Mr. Clark in person. The government has no objection to this request.

Respectfully submitted,

_____/s/_____
Stephanie Carvlin

cc: AUSA Michael Neff
     AUSA Vladislav Vainsberg (via ECF)