

An image captured from hacked CCTV footage posted on Youtube shows an overcrowded cell in Lang Suan prison in Chumphon province.

BANGKOK POST