**Bangkok Temperature, Relative Humidity, and Rainfall – Section 1**

|            |            | Dec 2015     | Jan 2016     | Feb 2016     | Mar 2016     | Apr 2016     | May 2016     | Jun 2016     |
|------------|------------|--------------|--------------|--------------|--------------|--------------|--------------|--------------|
| 01 | Temps      |              | 74F to 88F   | 81F to 94F   | 75F to 93F   | 82F to 91F   | 81F to 95F   | 83F to 86F   |
|    | R.H. / Rain |              | 70% / --mm   | 92% / 0.4mm  | 62% / --mm   | 87% / 0.1mm  | 91% / 3.5mm  | 92% / 2.3mm  |
| 02 | Temps      |              | 73F to 89F   | 81F to 88F   | 77F to 94F   | 82F to 93F   | 85F to 96F   | 81F to 91F   |
|    | R.H. / Rain |              | 83% / --mm   | 91% / 0.2mm  | 62% / --mm   | 84% / --mm   | 88% / 0.7mm  | 99% / 1.47mm |
| 03 | Temps      | 77F to 93F   | 74F to 91F   | 76F to 90 F  | 78F to 96F   | 82F to 94F   | 85F to 97F   | 83F to 91F   |
|    | R.H. / Rain | 96% / 0.5mm  | 79% / --mm   | 70% / --mm   | 84% / --mm   | 89% / --mm   | 85% / --mm   | 93% / 14.2mm |
| 04 | Temps      | 78F to 90F   | 74F to 94F   | 75F to 90F   | 80F to 93F   | 83F to 95F   | 85F to 96F   | 82F to 89F   |
|    | R.H. / Rain | 98% / 0.2mm  | 83% / --mm   | 73% / --mm   | 88% / 0.3mm  | 85% / --mm   | 85% / --mm   | 96% / 0.6mm  |
| 05 | Temps      | 76F to 87F   | 77F to 92F   | 76F to 92F   | 81F to 93F   | 85F to 95F   | 85f to 98F   | 82F to 95F   |
|    | R.H. / Rain | 94% / 0.1mm  | 79% / --mm   | 75% / --mm   | 87% / --mm   | 82% / --mm   | 91% / --mm   | 87% / 0.8mm  |
| 06 | Temps      | 77F to 90F   | 78F to 93F   | 79F to 87F   | 81F to 93F   | 84F to 97F   | 86F to 98F   | 81F to 94F   |
|    | R.H. / Rain | 89% / 1.3mm  | 82% / --mm   | 81% / --mm   | 88% / --mm   | 89% / --mm   | 83% / --mm   | 92% / 0.5mm  |
| 07 | Temps      | 75F to 88F   | 78F to 91F   | 67F to 80F   | 82F to 94F   | 85F to 95F   | 86F to 98F   | 83F to 91F   |
|    | R.H. / Rain | 89% / --mm   | 93% / 0.2mm  | 8% / --mm    | 90% / --mm   | 86% / --mm   | 87% / m      | 96% / --mm   |
| 08 | Temps      | 75F to 90F   | 80F to 87F   | 63F to 79F   | 81F to 93F   | 84F to 94F   | 87F to 97F   | 79F to 96F   |
|    | R.H. / Rain | 88% / --mm   | 89% / 0.3mm  | 58% / --mm   | 89% / --mm   | 86% / --mm   | 85% / 3.7mm  | 96% / --mm   |
| 09 | Temps      | 76F to 93F   | 77F to 89F   | 65F to 81F   | 81F to 92F   | 82F to 95F   | 87F to 98F   | 84F to 94F   |
|    | R.H. / Rain | 86% / --mm   | 94% / 0.4mm  | 64% / --mm   | 94% / --mm   | 88% / --mm   | 87% / --mm   | 77% / --mm   |
| 10 | Temps      | 77F to 91F   | 80F to 92F   | 69F to 90F   | 81F to 92F   | 84F to 97F   | 86F to 98F   | 84F to 95F   |
|    | R.H. / Rain | 90% / --mm   | 88% / 0.4mm  | 72% / --mm   | 92% / --mm   | 86% / 0.2mm  | 84% / --mm   | 95% / --mm   |
| 11 | Temps      | 78F to 93F   | 77F to 91F   | 72F to 90F   | 81F to 83F   | 84F to 100F  | 86F to 99F   | 82F to 93F   |
|    | R.H. / Rain | 91% / --mm   | 96% / 1.0mm  | 90% / --mm   | 91% / --mm   | 90% / --mm   | 80% / --mm   | 95% / 0.5mm  |
| 12 | Temps      | 80F to 100F  | 78F to 91F   | 76F to 92F   | 83F to 94F   | 83F to 98F   | 87F to 98F   | 82F to 91F   |
|    | R.H. / Rain | 95% / 0.1mm  | 93% / --mm   | 91% / --mm   | 86% / --mm   | 90% / --mm   | 86% / 0.6mm  | 85% / 1.2mm  |
| 13 | Temps      | 81F to 93F   | 78F to 92F   | 79F to 92F   | 82F to 93F   | 84F to 98F   | 87F to 99F   | 83F to 94F   |
|    | R.H. / Rain | 94% / 0.1mm  | 91% / --mm   | 93% / --mm   | 87% / 0.3mm  | 87% / 0.2mm  | 82% / 2.4mm  | 82% / 0.3mm  |

**Bangkok Temperature, Relative Humidity, and Rainfall – Section 1 (cont)**

|         |            | Dec 2015      | Jan 2016      | Feb 2016      | Mar 2016      | Apr 2016      | May 2016       | Jun 2016       |
|---------|------------|---------------|---------------|---------------|---------------|---------------|----------------|----------------|
| 14      | Temps      | 80F to 92F    | 79F to 92F    | 78F to 93F    | 82F to 94F    | 85F to 99F    | 84F to 95F     | 83F to 94F     |
|         | R.H. / Rain| 94% / 0.4mm   | 93% / 1.4mm   | 95% / --mm    | 84% / --mm    | 81% / 1.0mm   | 82% / 2.58mm   | 82% / 4.1mm    |
| 15      | Temps      | 79F to 92F    | 80F to 92F    | 80F to 94F    | 82F to 93F    | 85F to 99F    | 86F to 100F    | 81F to 94F     |
|         | R.H. / Rain| 89% / --mm    | 92% / 0.7mm   | 93% / 0.1mm   | 90% / --mm    | 88% / 1.1mm   | 83% / 4.6mm    | 94% / --mm     |
| 16      | Temps      | 79F to 92F    | 80F to 88F    | 81F to 90F    | 83F to 93F    | 85F to 99F    | 84F to 92F     | 82F to 86F     |
|         | R.H. / Rain| 86% / --mm    | 94% / 2.5mm   | 93% / 4.0mm   | 93% / --mm    | 84% / 1.7mm   | 89% / 2.6mm    | 95% / 3.2mm    |
| 17      | Temps      | 77F to 85F    | 80F to 93F    | 80F to 94F    | 82F to 95F    | 85F to 97F    | 82F to 99F     | 78F to 86F     |
|         | R.H. / Rain| 88% / --mm    | 86% / --mm    | 87% / 0.7mm   | 88% / --mm    | 90% / 2.9mm   | 86% / 4.6mm    | 98% / 1.2mm    |
| 18      | Temps      | 72F to 83F    | 82F to 94F    | 79F to 93F    | 82F to 93F    | 85F to 97F    | 78F to 94F     | 77F to 86F     |
|         | R.H. / Rain| 71% / --mm    | 94% / --mm    | 90% / --mm    | 88% / --mm    | 88% / 0.6mm   | 98% / 0.6mm    | 99% / 1.8mm    |
| 19      | Temps      | 72F to 86F    | 82F to 90F    | 79F to 92F    | 83F to 92F    | 85F to 95F    | 84F to 95F     | 81F to 94F     |
|         | R.H. / Rain| 72% / --mm    | 91% / 1.7mm   | 92% / --mm    | 86% / --mm    | 86% / 0.9mm   | 88% / 1.3mm    | 98% / 0.4mm    |
| 20      | Temps      | 72F to 87F    | 77F to 91F    | 80F to 92F    | 83F to 93F    | 85F to 97F    | 83F to 95F     | 83F to 92F     |
|         | R.H. / Rain| 77% / --mm    | 94% / 0.9mm   | 89% / --mm    | 87% / --mm    | 85% / 0.5mm   | 92% / 1.1mm    | 96% / 0.1mm    |
| 21      | Temps      | 73F to 91F    | 79F to 92F    | 80F to 92F    | 83F to 94F    | 82F to 95F    | 82F to 95F     | 76F to 89F     |
|         | R.H. / Rain| 77% / --mm    | 96% / 0.4mm   | 94% / 0.3mm   | 86% / --mm    | 82% / 0.1mm   | 92% / 3.3mm    | 97% / 5.8mm    |
| 22      | Temps      | 79F to 88F    | 80F to 92F    | 79F to 91F    | 83F to 94F    | 86F to 99F    | 81F to 93F     | 77F to 92F     |
|         | R.H. / Rain| 71% / 0.1mm   | 91% / 0.4mm   | 86% / --mm    | 85% / --mm    | 82% / 1.5mm   | 96% / 5.0mm    | 99% / 3.8mm    |
| 23      | Temps      | 79F to 87F    | 80F to 93F    | 80F to 93F    | 82F to 96F    | 86F to 104F   | 81F to 94F     | 76F to 89F     |
|         | R.H. / Rain| 79% / 0.3mm   | 93% / 0.1mm   | 87% / --mm    | 91% / 0.3mm   | 87% / 0.3mm   | 89% / 3.4mm    | 98% / 7.5mm    |
| 24      | Temps      | 78F to 89F    | 72F to 83F    | 80F to 92F    | 83F to 100F   | 86F to 97F    | 84F to 95F     | 79F to 88F     |
|         | R.H. / Rain| 85% / --mm    | 83% / 2.3mm   | 89% / 1.2mm   | 92% / 0.1mm   | 83% / 1.1mm   | 84% / 5.0mm    | 98% / 10.4mm   |
| 25      | Temps      | 80F to 93F    | 63F to 69F    | 78F to 91F    | 83F to 95F    | 86F to 97F    | 84F to 96F     | 81F to 91F     |
|         | R.H. / Rain| 88% / --mm    | 76% / --mm    | 88% / 0.8mm   | 85% / --mm    | 86% / --mm    | 74% / 0.4mm    | 98% / 0.5mm    |
| 26      | Temps      | 81F to 94F    | 61F to 77F    | 74F to 94F    | 80F to 96F    | 83F to 92F    | 82F to 96F     | 77F to 91F     |
|         | R.H. / Rain| 90% / --mm    | 73% / 0.1mm   | 63% / --mm    | 79% / 0.6mm   | 94% / --mm    | 83% / 0.4mm    | 98% / 1.1mm    |

**Bangkok Temperature, Relative Humidity, and Rainfall – Section 1 (cont)**

|   |              | Dec 2015      | Jan 2016      | Feb 2016     | Mar 2016      | Apr 2016      | May 2016      | Jun 2016      |
|---|--------------|---------------|---------------|--------------|---------------|---------------|---------------|---------------|
| 27 | Temps       | 79F to 92F    | 62F to 81F    | 81F to 92F   | 83F to 92F    | 83F to 98F    | 85F to 96F    | 79F to 88F    |
|    | R.H. / Rain | 94% / --mm    | 88% / 0.2mm   | 64% / --mm   | 86% / 1.3mm   | 90% / --mm    | 86% / --mm    | 98% / 1.1mm   |
| 28 | Temps       | 80F to 92F    | 66F to 88F    | 75F to 93F   | 79F to 82F    | 85F to 98F    | 86F to 95F    | 78F to 90F    |
|    | R.H. / Rain | 83% / --mm    | 83% / --mm    | 71% / --mm   | 89% / 0.9mm   | 92% / 0.7mm   | 80% / --mm    | 99% / 0.5mm   |
| 29 | Temps       | 79F to 92F    | 73F to 93F    | 79F to 91F   | 81F to 90F    | 87F to 97F    | 85F to 95F    | 81F to 90F    |
|    | R.H. / Rain | 80% / --mm    | 81% / --mm    | 67% / --mm   | 89% / 1.0mm   | 88% / --mm    | 83% / 0.1mm   | 83% / 2.0mm   |
| 30 | Temps       | 78F to 91F    | 79F to 92F    |              | 82F to 92F    | 86F to 92F    | 84F to 90F    | 81F to 90F    |
|    | R.H. / Rain | 74% / --mm    | 92% / 0.1mm   |              | 87% / 1.8mm   | 96% / 1.4mm   | 86% / 0.9mm   | 86% / 3.0mm   |
| 31 | Temps       | 78F to 89F    | 80F to 92F    |              | 82F to 92F    |               | 78F to 92F    |               |
|    | R.H. / Rain | 75% / --mm    | 94% / --mm    |              | 90% / --mm    |               | 98% / 2.9mm   |               |

Except where noted, all Temperature and Relative Humidity data are from:

www.timeanddate.com/weather/thailand/bangkok/historic retrieved on August 25, 2020

Temperature and Relative Humidity for July 4-18, 2016, and December 16, 2016, and all Rainfall data, are from:

www.worldweatheronline.com/lang/en-ca/bangkok-weather-history/krung-thep/th.aspx retrieved on August 25, 2020

**Bangkok Temperature, Relative Humidity, and Rainfall – Section 2**

|              |            | Jul 2016      | Aug 2016      | Sep 2016      | Oct 2016      | Nov 2016      | Dec 2016      |
|---|---|---|---|---|---|---|---|
| 01 | Temps     | 82F to 89F    | 82F to 93F    | 81F to 92F    | 82F to 90F    | 79F to 89F    | 78F to 87F    |
|    | R.H. / Rain | 96% / 1.7mm | 81% / 0.9mm   | 85% / 2.2mm   | 88% / 2.4mm   | 89% / 8.9mm   | 83% / --mm    |
| 02 | Temps     | 78F to 90F    | 83F to 94F    | 81F to 93F    | 81F to 89F    | 80F to 89F    | 77F to 88F    |
|    | R.H. / Rain | 98% / 4.8mm | 80% / 4.2mm   | 88% / 0.4mm   | 90% / 9.4mm   | 95% / 3.4mm   | 74% / --mm    |
| 03 | Temps     | 81F to 90F    | 81F to 92F    | 80F to 93F    | 79F to 89F    | 78F to 85F    | 78F to 88F    |
|    | R.H. / Rain | 92% / 0.7mm | 98% / 0.5mm   | 82% / 2.0mm   | 96% / 5.6mm   | 98% / --mm    | 80% / --mm    |
| 04 | Temps     | 82F to 95F    | 81F to 94F    | 82F to 91F    | 79F to 92F    | 79F to 90F    | 78F to 90F    |
|    | R.H. / Rain | 99% / 1.9mm | 96% / 5.1mm   | 88% / --mm    | 98% / 3.6mm   | 81% / --mm    | 80% / --mm    |
| 05 | Temps     | 79F to 90F    | 83F to 90F    | 81F to 92F    | 78F to 84F    | 79F to 91F    | 78F to 88F    |
|    | R.H. / Rain | 89% / 6.2mm | 96% / 5.1mm   | 80% / 0.3mm   | 98% / 7.9mm   | 91% / --mm    | 84% / --mm    |
| 06 | Temps     | 77F to 82F    | 79F to 92F    | 81F to 94F    | 79F to 86F    | 80F to 90F    | 79F to 86F    |
|    | R.H. / Rain | 90% / 1.2mm | 96% / 0.6mm   | 94% / 1.3mm   | 86% / 6.0mm   | 87% / 0.1mm   | 76% / --mm    |
| 07 | Temps     | 77F to 86F    | 78F to 89F    | 78F to 91F    | 78F to 89F    | 80F to 87F    | 77F to 87F    |
|    | R.H. / Rain | 92% / 4.7mm | 98% / 0.9mm   | 96% / 5.7mm   | 95% / 7.1mm   | 97% / 1.7mm   | 76% / --mm    |
| 08 | Temps     | 79F to 86F    | 80F to 91F    | 80F to 91F    | 80F to 92F    | 77F to 76F    | 78F to 84F    |
|    | R.H. / Rain | 81% / 0.3mm | 96% / 0.9mm   | 91% / 2.0mm   | 92% / 6.3mm   | 86% / 4.0mm   | 84% / 0.1mm   |
| 09 | Temps     | 81F to 88F    | 81F to 92F    | 78F to 91F    | 79F to 91F    | 80F to 86F    | 75F to 90F    |
|    | R.H. / Rain | 75% / 1.1mm | 99% / 2.0mm   | 96% / 0.3mm   | 95% / 7.3mm   | 96% / 5.0mm   | 93% / --mm    |
| 10 | Temps     | 79F to 90F    | 80F to 93F    | 81F to 94F    | 79F to 93F    | 80F to 90F    | 75F to 89F    |
|    | R.H. / Rain | 77% / --mm  | 99% / 0.1mm   | 80% / 0.3mm   | 95% / 2.4mm   | 97% / 8.1mm   | 84% / --mm    |
| 11 | Temps     | 79F to 90F    | 81F to 93F    | 82F to 91F    | 81F to 90F    | 79F to 90F    | 75F to 89F    |
|    | R.H. / Rain | 76% / --mm  | 100% / 2.8mm  | 83% / 6.2mm   | 87% / 6.2mm   | 96% / 6.5mm   | 80% / --mm    |
| 12 | Temps     | 81F to 90F    | 81F to 92F    | 79F to 87F    | 80F to 88F    | 79F to 94F    | 77F to 89F    |
|    | R.H. / Rain | 79% / 2.0mm | 94% / 1.7mm   | 94% / 6.5mm   | 89% / 3.1mm   | 91% / 0.1mm   | 80% / --mm    |
| 13 | Temps     | 81F to 93F    | 81F to 90F    | 79F to 86F    | 80F to 91F    | 81F to 90F    | 74F to 89F    |
|    | R.H. / Rain | 75% / 4.5mm | 89% / 4.1mm   | 98% / 8.5mm   | 92% / 3.2mm   | 84% / 2.4mm   | 84% / --mm    |

**Bangkok Temperature, Relative Humidity, and Rainfall – Section 2 (cont)**

|   |              | Jul 2016      | Aug 2016      | Sep 2016       | Oct 2016       | Nov 2016       | Dec 2016      |
|---|--------------|---------------|---------------|----------------|----------------|----------------|---------------|
| 14 | Temps       | 81F to 91F    | 82F to 91F    | 78F to 88F     | 82F to 92F     | 80F to 95F     | 78F to 86F    |
|    | R.H. / Rain | 84% / 1.4mm   | 92% / 1.3mm   | 91% / 4.6mm    | 89% / 6.6mm    | 93% / 0.6mm    | 86% / 1.1mm   |
| 15 | Temps       | 81F to 91F    | 81F to 90F    | 78F to 91F     | 83F to 92F     | 83F to 96F     | 78F to 84F    |
|    | R.H. / Rain | 84% / --mm    | 92% / 3.3mm   | 89% / 2.6mm    | 87% / 11.1mm   | 85% / 0.2mm    | 88% / --mm    |
| 16 | Temps       | 81F to 95F    | 82F to 90F    | 80F to 92F     | 82F to 95F     | 81F to 94F     | 75F to 82F    |
|    | R.H. / Rain | 81% / --mm    | 92% / 1.1mm   | 91% / 2.4mm    | 98% / 6.7mm    | 85% / --mm     | 69% / 2.0mm   |
| 17 | Temps       | 82F to 95F    | 82F to 93F    | 81F to 94F     | 78F to 88F     | 81F to 89F     | 77F to 87F    |
|    | R.H. / Rain | 77% / 0.7mm   | 94% / 0.6mm   | 90% / 2.3mm    | 97% / 24.2mm   | 80% / --mm     | 80% / --mm    |
| 18 | Temps       | 79F to 88F    | 83F to 90F    | 79F to 91F     | 80F to 90F     | 81F to 94F     | 72F to 90F    |
|    | R.H. / Rain | 81% / 2.3mm   | 94% / --mm    | 96% / 2.8mm    | 96% / 5.0mm    | 77% / --mm     | 83% / --mm    |
| 19 | Temps       | 80F to 95F    | 82F to 88F    | 78F to 91F     | 80F to 92F     | 78F to 91F     | 72F to 91F    |
|    | R.H. / Rain | 96% / 3.8mm   | 92% / --mm    | 96% / 1.8mm    | 96% / 0.6mm    | 96% / 5.1mm    | 81% / --mm    |
| 20 | Temps       | 80F to 92F    | 84F to 93F    | 79F to 80F     | 82F to 93F     | 78F to 95F     | 78F to 92F    |
|    | R.H. / Rain | 94% / 3.1mm   | 94% / --mm    | 98% / 9.2mm    | 90% / 2.2mm    | 98% / 5.7mm    | 86% / --mm    |
| 21 | Temps       | 76F to 91F    | 81F to 94F    | 77F to 86F     | 80F to 90F     | 81F to 89F     | 78F to 94F    |
|    | R.H. / Rain | 96% / 2.4mm   | 94% / 0.2mm   | 99% / 18.8mm   | 89% / 0.4mm    | 91% / --mm     | 83% / --mm    |
| 22 | Temps       | 82F to 92F    | 82F to 95F    | 77F to 88F     | 82F to 90F     | 80F to 93F     | 81F to 84F    |
|    | R.H. / Rain | 92% / 3.0mm   | 90% / --mm    | 99% / 5.5mm    | 93% / --mm     | 83% / --mm     | 80% / 0.2mm   |
| 23 | Temps       | 84F to 88F    | 84F to 95F    | 77F to 87F     | 78F to 92F     | 81F to 90F     | 81F to 91F    |
|    | R.H. / Rain | 89% / 3.4mm   | 93% / 6.2mm   | 98% / 16.7mm   | 89% / 1.5mm    | 88% / 16.5mm   | 91% / --mm    |
| 24 | Temps       | 83F to 90F    | 81F to 93F    | 78F to 89F     | 79F to 80F     | 78F to 92F     | 81F to 91F    |
|    | R.H. / Rain | 90% / 1.7mm   | 96% / --mm    | 96% / 5.0mm    | 89% / 3.5mm    | 96% / 2.3mm    | 79% / --mm    |
| 25 | Temps       | 81F to 91F    | 78F to 92F    | 78F to 88F     | 77F to 87F     | 78F to 90F     | 80F to 90F    |
|    | R.H. / Rain | 91% / 1.9mm   | 93% / 1.4mm   | 94% / 4.2mm    | 98% / 1.4mm    | 97% / 9.1mm    | 83% / --mm    |
| 26 | Temps       | 80F to 95F    | 79F to 92F    | 80F to 90F     | 79F to 90F     | 79F to 91F     | 80F to 91F    |
|    | R.H. / Rain | 91% / 2.47mm  | 95% / --mm    | 94% / 5.0mm    | 96% / 11.7mm   | 96% / 2.2mm    | 83% / --mm    |

**Bangkok Temperature, Relative Humidity, and Rainfall – Section 2 (cont)**

|              | Jul 2016    | Aug 2016    | Sep 2016    | Oct 2016     | Nov 2016    | Dec 2016    |
|              |             |             |             |              |             |             |
| 27 Temps     | 78F to 90F  | 83F to 94F  | 81F to 93F  | 81F to 89F   | 80F to 89F  | 77F to 88F  |
| R.H. / Rain  | 96% / 1.3mm | 94% / 4.5mm | 96% / 3.9mm | 96% / 5.0mm  | 82% / 2.2mm | 80% / --mm  |
| 28 Temps     | 82F to 91F  | 80F to 88F  | 79F to 91F  | 78F to 91F   | 79F to 89F  | 77F to 85F  |
| R.H. / Rain  | 96% / 2.6mm | 98% / 1.1mm | 97% / 0.8mm | 98% / 6.8mm  | 86% / 0.2mm | 73% / --mm  |
| 29 Temps     | 80F to 91F  | 81F to 90F  | 80F to 90F  | 76F to 90F   | 76F to 90F  | 72F to 87F  |
| R.H. / Rain  | 91% / 2.2mm | 98% / 5.8mm | 92% / 0.6mm | 98% / 15.4mm | 84% / --mm  | 77% / --mm  |
| 30 Temps     | 81F to 88F  | 81F to 91F  | 80F to 90F  | 78F to 90F   | 78F to 89F  | 72F to 86F  |
| R.H. / Rain  | 81% / 3.2mm | 96% / 1.2mm | 86% / 2.0mm | 96% / 4.1mm  | 85% / --mm  | 70% / --mm  |
| 31 Temps     | 81F to 93F  | 81F to 93F  |             | 77F to 90F   |             | 76F to 86F  |
| R.H. / Rain  | 80% / 2.8mm | 96% / 6.9mm |             | 91% / 9.6mm  |             | 68% / 0.2mm |

Except where noted, all Temperature and Relative Humidity data are from:

www.timeanddate.com/weather/thailand/bangkok/historic retrieved on August 25, 2020

Temperature and Relative Humidity for July 4-18, 2016, and December 16, 2016, and all Rainfall data, are from:

ww.worldweatheronline.com/lang/en-ca/bangkok-weather-history/krung-thep/th.aspx retrieved on August 25, 2020

**Bangkok Temperature, Relative Humidity, and Rainfall – Section 3**

|              |  Jan 2017     |  Feb 2017    |  Mar 2017    |  Apr 2017    |  May 2017    |  Jun 2017    |
|---|---|---|---|---|---|---|
| 01 Temps     | 76F to 88F    | 76F to 93F   | 80F to 96F   | 75F to 90F   | 84F to 97F   | 83F to 93F   |
| R.H. / Rain  | 76% / --mm    | 74% / --mm   | 88% / --mm   | 98% / 7.2mm  | 83% / 1.2mm  | 92% / 1.8mm  |
| 02 Temps     | 75F to 88F    | 76F to 92F   | 79F to 93F   | 78F to 92F   | 86F to 98F   | 82F to 94F   |
| R.H. / Rain  | 87% / --mm    | 77% / --mm   | 88% / --mm   | 92% / 4.2mm  | 80% / 2.3mm  | 92% / 5.0mm  |
| 03 Temps     | 76F to 87F    | 77F to 84F   | 78F to 95F   | 78F to 92F   | 86F to 94F   | 78F to 94F   |
| R.H. / Rain  | 78% / --mm    | 87% / --mm   | 86% / --mm   | 98% / 0.1mm  | 86% / 1.7mm  | 93% / 3.7mm  |
| 04 Temps     | 77F to 86F    | 76F to 91F   | 81F to 94F   | 81F to 92F   | 86F to 96F   | 78F to 90F   |
| R.H. / Rain  | 74% / 0.1mm   | 88% / --mm   | 86% / --mm   | 86% / --mm   | 83% / 3.2mm  | 93% / 4.7mm  |
| 05 Temps     | 78F to 87F    | 77F to 96F   | 81F to 92F   | 78F to 91F   | 75F to 91F   | 82F to 91F   |
| R.H. / Rain  | 82% / 0.4mm   | 76% / --mm   | 86% / 0.9mm  | 96% / --mm   | 96% / 3.1mm  | 90% / 5.9mm  |
| 06 Temps     | 76F to 87F    | 76F to 94F   | 81F to 94F   | 81F to 91F   | 82F to 94F   | 81F to 91F   |
| R.H. / Rain  | 86% / 0.8mm   | 70% / --mm   | 87% / 0.2mm  | 89% / 2.1mm  | 88% / 0.7mm  | 91% / 3.5mm  |
| 07 Temps     | 78F to 84F    | 78F to 95F   | 81F to 92F   | 80F to 92F   | 78F to 93F   | 81F to 90F   |
| R.H. / Rain  | 90% / 0.1mm   | 71% / --mm   | 87% / --mm   | 89% / 0.6mm  | 93% / 1.4mm  | 98% / 7.7mm  |
| 08 Temps     | 78F to 82F    | 76F to 92F   | 82F to 92F   | 82F to 94F   | 84F to 93F   | 79F to 88F   |
| R.H. / Rain  | 91% / 3.8mm   | 74% / --mm   | 84% / 0.7mm  | 87% / --mm   | 89% / --mm   | 88% / 0.5mm  |
| 09 Temps     | 78F to 92F    | 75F to 95F   | 82F to 91F   | 83F to 94F   | 83F to 94F   | 83F to 90F   |
| R.H. / Rain  | 98% / 5.5mm   | 83% / --mm   | 82% / --mm   | 89% / --mm   | 86% / 2.96mm | 92% / 3.6mm  |
| 10 Temps     | 76F to 84F    | 79F to 92F   | 81F to 92F   | 83F to 94F   | 81F to 90F   | 83F to 92F   |
| R.H. / Rain  | 99% / --mm    | 83% / --mm   | 82% / --mm   | 86% / --mm   | 92% / --mm   | 98% / 0.5mm  |
| 11 Temps     | 77F to 86F    | 77F to 89F   | 81F to 92F   | 84F to 96F   | 81F to 93F   | 81F to 90F   |
| R.H. / Rain  | 93% / 0.8mm   | 66% / --mm   | 87% / 0.6mm  | 88% / --mm   | 92% / 1.7mm  | 96% / 0.1mm  |
| 12 Temps     | 78F to 87F    | 73F to 89F   | 81F to 93F   | 83F to 95F   | 82F to 85F   | 81F to 90F   |
| R.H. / Rain  | 96% / 0.6mm   | 62% / --mm   | 91% / 0.3mm  | 85% / --mm   | 94% / 6.3mm  | 81% / --mm   |

**Bangkok Temperature, Relative Humidity, and Rainfall – Section 3 (Cont)**

|              | Jan 2017      | Feb 2017      | Mar 2017      | Apr 2017       | May 2017       | Jun 2017      |
|---           |---            |---            |---            |---             |---             |---            |
| 13 Temps     | 78F to 90F    | 72F to 88F    | 82F to 97F    | 83F to 95F     | 81F to 88F     | 82F to 94F    |
| R.H. / Rain  | 98% / --mm    | 64% / --mm    | 98% / 0.5mm   | 90% / --mm     | 98% / 5.0mm    | 78% / 0.5mm   |
| 14 Temps     | 76F to 90F    | 73F to 86F    | 82F to 94F    | 82F to 94F     | 80F to 91F     | 82F to 92F    |
| R.H. / Rain  | 91% / --mm    | 62% / --mm    | 91% / --mm    | 82% / 2.8mm    | 96% / 1.0mm    | 88% / 0.6mm   |
| 15 Temps     | 76F to 92F    | 74F to 90F    | 82F to 94F    | 83F to 94F     | 82F to 92F     | 82F to 93F    |
| R.H. / Rain  | 91% / --mm    | 63% / --mm    | 91% / --mm    | 83% / --mm     | 90% / 2.3mm    | 85% / --mm    |
| 16 Temps     | 81F to 90F    | 75F to 92F    | 83F to 94F    | 83F to 92F     | 78F to 90F     | 82F to 96F    |
| R.H. / Rain  | 79% / --mm    | 71% / --mm    | 86% / 1.0mm   | 81% / --mm     | 98% / 2.0mm    | 84% / --mm    |
| 17 Temps     | 82F to 87F    | 75F to 94F    | 82F to 96F    | 83F to 89F     | 80F to 84F     | 83F to 95F    |
| R.H. / Rain  | 79% / 0.6mm   | 74% / --mm    | 86% / --mm    | 83% / 0.2mm    | 98% / 26.6mm   | 73% / --mm    |
| 18 Temps     | 80F to 91F    | 76F to 94F    | 82F to 93F    | 82F to 96F     | 81F to 92F     | 83F to 93F    |
| R.H. / Rain  | 95% / --mm    | 88% / --mm    | 89% / 0.2mm   | 85% / 0.9mm    | 92% / 3.6mm    | 87% / 0.1mm   |
| 19 Temps     | 78F to 93F    | 77F to 93F    | 82F to 94F    | 83F to 96F     | 83F to 85F     | 80F to 93F    |
| R.H. / Rain  | 86% / --mm    | 88% / --mm    | 87% / 0.6mm   | 82% / 0.7mm    | 96% / 0.2mm    | 94% / 4.5mm   |
| 20 Temps     | 78F to 92F    | 78F to 92F    | 82F to 94F    | 84F to 96F     | 79F to 96F     | 78F to 93F    |
| R.H. / Rain  | 78% / --mm    | 89% / --mm    | 88% / 0.5mm   | 85% / 0.47mm   | 96% / 1.2mm    | 98% / 1.7mm   |
| 21 Temps     | 79F to 91F    | 80F to 95F    | 83F to 97F    | 83F to 98F     | 83F to 96F     | 83F to 93F    |
| R.H. / Rain  | 72% / --mm    | 92% / --mm    | 87% / 3.5mm   | 82% / --mm     | 92% / --mm     | 98% / --mm    |
| 22 Temps     | 77F to 89F    | 81F to 91F    | 83F to 96F    | 82F to 99F     | 85F to 96F     | 75F to 90F    |
| R.H. / Rain  | 76% / --mm    | 89% / --mm    | 89% / --mm    | 77% / --mm     | 86% / 2.4mm    | 98% / --mm    |
| 23 Temps     | 76F to 87F    | 81F to 95F    | 83F to 94F    | 85F to 99F     | 86F to 95F     | 79F to 92F    |
| R.H. / Rain  | 75% / --mm    | 92% / --mm    | 85% / 0.5mm   | 82% / 0.8mm    | 87% / 0.6mm    | 94% / --mm    |
| 24 Temps     | 75F to 89F    | 81F to 92F    | 84F to 93F    | 86F to 98F     | 82F to 95F     | 80F to 92F    |
| R.H. / Rain  | 71% / --mm    | 89% / 0.3mm   | 86% / 0.8mm   | 85% / 0.2mm    | 92% / 5.9mm    | 92% / 0.3mm   |

**Bangkok Temperature, Relative Humidity, and Rainfall – Section 3 (Cont)**

|             | Jan 2017     | Feb 2017     | Mar 2017     | Apr 2017     | May 2017      | Jun 2017     |
|-------------|--------------|--------------|--------------|--------------|---------------|--------------|
| 25  Temps   | 75F to 91F   | 81F to 92F   | 82F to 97F   | 85F to 99F   | 76F to 91F    | 79F to 90F   |
| R.H. / Rain | 78% / --mm   | 89% / 0.6mm  | 88% / 0.3mm  | 85% / --mm   | 99% / 3.0mm   | 90% / --mm   |
| 26  Temps   | 77F to 87F   | 81F to 90F   | 83F to 95F   | 85F to 97F   | 81F to 84F    | 80F to 90F   |
| R.H. / Rain | 78% / --mm   | 89% / 1.3mm  | 87% / 1.0mm  | 79% / --mm   | 93% / 18.6mm  | 78% / 7.4mm  |
| 27  Temps   | 78F to 92F   | 80F to 92F   | 77F to 84F   | 83F to 97F   | 79F to 90F    | 82F to 93F   |
| R.H. / Rain | 85% / --mm   | 92% / --mm   | 98% / 3.4mm  | 82% / 0.2mm  | 97% / 14.0mm  | 77% / 1.7mm  |
| 28  Temps   | 75F to 90F   | 80F to 95F   | 78F to 93F   | 85F to 94F   | 80F to 90F    | 78F to 94F   |
| R.H. / Rain | 73% / --mm   | 67% / --mm   | 87% / 0.7mm  | 85% / 2.9mm  | 96% / 3.6mm   | 98% / 0.1mm  |
| 29  Temps   | 75F to 90F   |              | 82F to 90F   | 80F to 92F   | 81F to 87F    | 79F to 90F   |
| R.H. / Rain | 79% / --mm   |              | 86% / 0.3mm  | 88% / 0.3mm  | 98% / 8.6mm   | 96% / 0.2mm  |
| 30  Temps   | 76F to 91F   |              | 81F to 95F   | 82F to 96F   | 79F to 87F    | 80F to 89F   |
| R.H. / Rain | % / --mm     |              | 92% / 0.3mm  | 86% / --mm   | 99% / 2.3mm   | 95% / 1.7mm  |
| 31  Temps   | 77F to 92F   |              | 83F to 94F   |              | 80F to 91F    |              |
| R.H. / Rain | 82% / --mm   |              | 86% / 0.8mm  |              | 99% / 0.7mm   |              |

Except where noted, all Temperature and Relative Humidity data are from:

www.timeanddate.com/weather/thailand/bangkok/historic retrieved on August 25, 2020

Temperature and Relative Humidity data for July 4-18, 2016, and December 16, 2016, and all Rainfall data are from:

www.wordlweatheronline.com/lang/en-ca/bangkok-weather-history/krung-thep/th.aspx retrieved on August 25, 2020

**Bangkok Temperature, Relative Humidity, and Rainfall – Section 4**

|              | Jul 2017     | Aug 2017      | Sep 2017     | Oct 2017     | Nov 2017     | Dec 2017     |
|---           |---           |---            |---           |---           |---           |---           |
| 01 Temps     | 78F to 92F   | 82F to 94F    | 82F to 94F   | 81F to 86F   | 77F to 84F   | 81F to 89F   |
| R.H. / Rain  | 91% / 0.5mm  | 88% / --mm    | 90% / 0.1mm  | 95% / 14.4mm | 76% / 0.2mm  | 77% / --mm   |
| 02 Temps     | 81F to 90F   | 82F to 93F    | 82F to 92F   | 77F to 82F   | 78F to 89F   | 77F to 90F   |
| R.H. / Rain  | 87% / 0.2mm  | 91% / 2.3mm   | 86% / --mm   | 98% / 11.4mm | 76% / --mm   | 77% / --mm   |
| 03 Temps     | 81F to 93F   | 84F to 89F    | 81F to 93F   | 78F to 83F   | 80F to 90F   | 78F to 91F   |
| R.H. / Rain  | 94% / 2.9mm  | 94% / --mm    | 82% / --mm   | 98% / 8.1mm  | 76% / --mm   | 74% / --mm   |
| 04 Temps     | 77F to 88F   | 82F to 90F    | 82F to 94F   | 76F to 83F   | 75F to 90F   | 80F to 91F   |
| R.H. / Rain  | 98% / 2.4mm  | 96% / 0.3mm   | 84% / 0.7mm  | 98% / 9.1mm  | 64% / --mm   | 70% / 1.5mm  |
| 05 Temps     | 78F to 89F   | 82F to 89F    | 80F to 90F   | 78F to 85F   | 77F to 83F   | 80F to 84F   |
| R.H. / Rain  | 98% / 0.5mm  | 94% / 1.47mm  | 96% / 0.6mm  | 99% / --mm   | 62% / 0.7mm  | 66% / --mm   |
| 06 Temps     | 81F to 92F   | 81F to 88F    | 80F to 87F   | 80F to 87F   | 74F to 83F   | 77F to 89F   |
| R.H. / Rain  | 98% / 3.1mm  | 92% / 3.3mm   | 96% / 1.8mm  | 93% / --mm   | 74% / --mm   | 71% / --mm   |
| 07 Temps     | 79F to 90F   | 79F to 88F    | 77F to 91F   | 82F to 89F   | 76F to 87F   | 79F to 90F   |
| R.H. / Rain  | 98% / 7.8mm  | 94% / 1.6mm   | 96% / 1.1mm  | 89% / 2.1mm  | 82% / 1.0mm  | 76% / --mm   |
| 08 Temps     | 77F to 89F   | 81F to 89F    | 82F to 94F   | 78F to 91F   | 79F to 85F   | 80F to 91F   |
| R.H. / Rain  | 96% / 17.2mm | 100% / 0.1mm  | 92% / 3.3mm  | 95% / 6.5mm  | 77% / 5.5mm  | 82% / --mm   |
| 09 Temps     | 81F to 92F   | 82F to 94F    | 84F to 94F   | 80F to 90F   | 78F to 90F   | 76F to 87F   |
| R.H. / Rain  | 84% / 3.7mm  | 86% / 4.2mm   | 87% / --mm   | 90% / 8.5mm  | 82% / --mm   | 82% / --mm   |
| 10 Temps     | 78F to 90F   | 82F to 93F    | 84F to 95F   | 80F to 89F   | 80F to 91F   | 76F to 90F   |
| R.H. / Rain  | 98% / 0.1mm  | 85% / --mm    | 96% / 1.9mm  | 92% / 2.0mm  | 86% / 7.8mm  | 72% / --mm   |
| 11 Temps     | 81F to 91F   | 79F to 93F    | 79F to 92F   | 82F to 87F   | 78F to 86F   | 76F to 90F   |
| R.H. / Rain  | 89% / 5.6mm  | 91% / 0.3mm   | 89% / 0.1mm  | 90% / 3.7mm  | 91% / 6.5mm  | 79% / --mm   |
| 12 Temps     | 77F to 86F   | 81F to 96F    | 82F to 91F   | 80F to 89F   | 77F to 92F   | 78F to 90F   |
| R.H. / Rain  | 98% / 3.9mm  | 73% / 1.2mm   | 89% / 0.8mm  | 96% / 3.9mm  | 90% / 6.2mm  | 92% / --mm   |
| 13 Temps     | 78F to 90F   | 82F to 96F    | 81F to 91F   | 81F to 84F   | 79F to 89F   | 80F to 89F   |
| R.H. / Rain  | 98% / 1.0mm  | 74% / --mm    | 92% / 4.3mm  | 94% / 5.9mm  | 89% / 12.1mm | 85% / 0.8mm  |

**Bangkok Temperature, Relative Humidity, and Rainfall – Section 4 (Cont)**

|             | Jul 2017      | Aug 2017      | Sep 2017      | Oct 2017      | Nov 2017       | Dec 2017      |
|-------------|---------------|---------------|---------------|---------------|----------------|---------------|
| 14 Temps    | 83F to 86F    | 83F to 94F    | 80F to 91F    | 76F to 88F    | 80F to 89F     | 81F to 90F    |
| R.H. / Rain | 82% / --mm    | 85% / 0.1mm   | 89% / 2.0mm   | 98% / 9.0mm   | 92% / 0.8mm    | 92% / 1.3mm   |
| 15 Temps    | 81F to 92F    | 82F to 90F    | 80F to 91F    | 78F to 91F    | 80F to 91F     | 79F to 90F    |
| R.H. / Rain | 93% / 15.2mm  | 93% / 5.8mm   | 94% / --mm    | 96% / 3.0mm   | 96% / 5.0mm    | 98% / --mm    |
| 16 Temps    | 82F to 89F    | 82F to 89F    | 80F to 94F    | 79F to 91F    | 79F to 90F     | 80F to 89F    |
| R.H. / Rain | 81% / 4.1mm   | 96% / 3.5mm   | 94% / 1.7mm   | 94% / 1.8mm   | 90% / 7.7mm    | 89% / 1.0mm   |
| 17 Temps    | 81F to 89F    | 77F to 87F    | 82F to 86F    | 79F to 90F    | 80F to 92F     | 75F to 83F    |
| R.H. / Rain | 84% / 7.3mm   | 98% / 11.0mm  | 81% / 5.2mm   | 96% / 1.2mm   | 94% / 3.2mm    | 65% / --mm    |
| 18 Temps    | 81F to 89F    | 77F to 89F    | 80F to 91F    | 78F to 85F    | 80F to 94F     | 69F to 81F    |
| R.H. / Rain | 82% / --mm    | 97% / 3.21mm  | 85% / --mm    | 95% / 16.0mm  | 96% / --mm     | 60% / --mm    |
| 19 Temps    | 77F to 87F    | 82F to 92F    | 81F to 92F    | 78F to 90F    | 82F to 90F     | 65F to 78F    |
| R.H. / Rain | 98% / 5.7mm   | 89% / 5.9mm   | 77% / --mm    | 95% / 3.5mm   | 94% / 10.4mm   | 58% / --mm    |
| 20 Temps    | 77F to 87F    | 80F to 90F    | 82F to 89F    | 80F to 93F    | 77F to 86F     | 63F to 77F    |
| R.H. / Rain | 98% / 6.8mm   | 87% / 4.9mm   | 87% / 12.1mm  | 90% / 3.6mm   | 98% / 14.0mm   | 58% / --mm    |
| 21 Temps    | 79F to 89F    | 81F to 92F    | 79F to 97F    | 81F to 90F    | 78T to 89F     | 64F to 80F    |
| R.H. / Rain | 82% / 6.6mm   | 93% / 5.9mm   | 98% / 6.4mm   | 95% / 10.7mm  | 96% / 11.0mm   | 56% / --mm    |
| 22 Temps    | 82F to 91F    | 82F to 90F    | 77F to 89F    | 77F to 92F    | 78F to 89F     | 65F to 83F    |
| R.H. / Rain | 79% / 1.3mm   | 78% / 0.9mm   | 95% / --mm    | 96% / 10.8mm  | 96% / 5.1mm    | 63% / --mm    |
| 23 Temps    | 80F to 90F    | 82F to 88F    | 77F to 87F    | 78F to 92F    | 80F to 88F     | 72F to 90F    |
| R.H. / Rain | 83% / 2.0mm   | 90% / 0.8mm   | 95% / 9.3mm   | 96% / 7.5mm   | 84% / 6.7mm    | 64% / --mm    |
| 24 Temps    | 81F to 90F    | 80F to 90F    | 76F to 90F    | 78F to 87F    | 79F to 87F     | 75F to 92F    |
| R.H. / Rain | 86% / 0.4mm   | 95% / 2.5mm   | 98% / 10.1mm  | 96% / 26.0mm  | 86% / --mm     | 69% / --mm    |
| 25 Temps    | 80F to 91F    | 78F to 91F    | 79F to 89F    | 77F to 88F    | 76F to 88F     | 75F to 84F    |
| R.H. / Rain | 88% / 8.8mm   | 97% / 0.4mm   | 94% / 2.5mm   | 98% / 3.6mm   | 70% / --mm     | 66% / --mm    |

**Bangkok Temperature, Relative Humidity, and Rainfall – Section 4 (Cont)**

|    |             | Jul 2017      | Aug 2017      | Sep 2017      | Oct 2017      | Nov 2017      | Dec 2017      |
|----|-------------|---------------|---------------|---------------|---------------|---------------|---------------|
| 26 | Temps       | 82F to 89F    | 80F to 91F    | 80F to 90F    | 78F to 91F    | 76F to 89F    | 74F to 77F    |
|    | R.H. / Rain | 89% / 10.4mm  | 92% / 4.5mm   | 96% / 16.1mm  | 93% / 11.1mm  | 72% / --mm    | 98% / 4.4mm   |
| 27 | Temps       | 79F to 90F    | 76F to 89F    | 78F to 90F    | 77F to 89F    | 77F to 88F    | 67F to 70F    |
|    | R.H. / Rain | 83% / 4.8mm   | 99% / 13.9mm  | 95% / 3.5mm   | 98% / 0.1mm   | 72% / --mm    | 97% / 0.7mm   |
| 28 | Temps       | 80F to 92F    | 78F to 90F    | 81F to 95F    | 79F to 92F    | 77F to 87F    | 70F to 79F    |
|    | R.H. / Rain | 84% / 0.4mm   | 94% / 7.0mm   | 91% / 8.7mm   | 79% / --mm    | 85% / --mm    | 98% / 0.8mm   |
| 29 | Temps       | 79F to 89F    | 78F to 91F    | 77F to 91F    | 80F to 92F    | 77F to 90F    | 72F to 85F    |
|    | R.H. / Rain | 88% / --mm    | 95% / 0.6mm   | 98% / 2.7mm   | 78% / --mm    | 78% / 0.9mm   | 93% / --mm    |
| 30 | Temps       | 82F to 93F    | 80F to 92F    | 79F to 92F    | 79F to 89F    | 81F to 88F    | 75F to 88F    |
|    | R.H. / Rain | 84% / --mm    | 89% / 1.6mm   | 92% / 2.6mm   | 69% / --mm    | 77% / 2.1mm   | 87% / --mm    |
| 31 | Temps       | 83F to 94F    | 83F to 90F    |               | 76F to 87F    |               | 76F to 89F    |
|    | R.H. / Rain | 80% / --mm    | 96% / 1.6mm   |               | 75% / --mm    |               | 90% / 0.1mm   |

Except where noted, all Temperature and Relative Humidity data are from:

www.timeanddate.com/weather/thailand/bangkok/historic retrieved on August 25, 2020

Temperature and Relative Humidity for July 4-18, 2017, and December 16, 2017, and all Rainfall data, are from:

www.worldweatheronline/lang/en-ca/bangkok-weather-history/krung-thep/th.aspx retrieved on August 25, 2020

**Bangkok Temperature, Relative Humidity, and Rainfall – Section 5**

|              | Jan 2018     | Feb 2018     | Mar 2018     | Apr 2018      | May 2018     | Jun 2018     |
|              |              |              |              |               |              |              |
| 01  Temps    | 73F to 87F   | 77F to 86F   | 79F to 92F   | 80F to 87F    | 77F to 89F   | 81F to 92F   |
| R.H. / Rain  | 96% / --mm   | 91% / 0.6mm  | 94% / --mm   | 86% / 2.0mm   | 97% / 1.8mm  | 94% / 0.3mm  |
| 02  Temps    | 74F to 88F   | 74F to 84F   | 81F to 92F   | 83F to 89F    | 78F to 90F   | 82F to 94F   |
| R.H. / Rain  | 85% / --mm   | 84% / --mm   | 92% / 3.4mm  | 87% / 11.1mm  | 97% / --mm   | 90% / 1.3mm  |
| 03  Temps    | 77F to 88F   | 76F to 80F   | 80F to 92F   | 76F to 100F   | 78F to 88F   | 82F to 85F   |
| R.H. / Rain  | 79% / --mm   | 70% / --mm   | 94% / --mm   | 98% / 2.0mm   | 96% / 8.3mm  | 89% / 0.9mm  |
| 04  Temps    | 77F to 91F   | 72F to 83F   | 80F to 93F   | 81F to 91F    | 78F to 94F   | 84F to 96F   |
| R.H. / Rain  | 77% / --mm   | 70% / --mm   | 96% / --mm   | 98% / 3.2mm   | 93% / 2.2mm  | 74% / 5.2mm  |
| 05  Temps    | 78F to 93F   | 70F to 82F   | 80F to 93F   | 83F to 92F    | 80F to 92F   | 82F to 94F   |
| R.H. / Rain  | 80% / --mm   | 74% / --mm   | 92% / --mm   | 87% / 1.1mm   | 90% / 0.1mm  | 84% / 5.6mm  |
| 06  Temps    | 80F to 89F   | 68F to 84F   | 81F to 94F   | 80F to 93F    | 81F to 91F   | 83F to 92F   |
| R.H. / Rain  | 80% / --mm   | 80% / --mm   | 91% / 0.1mm  | 87% / 1.9mm   | 89% / 7.3mm  | 94% / --mm   |
| 07  Temps    | 80F to 87F   | 71F to 88F   | 80F to 92F   | 74F to 84F    | 78F to 92F   | 81F to 89F   |
| R.H. / Rain  | 86% / 4.7mm  | 72% / --mm   | 88% / --mm   | 98% / 4.9mm   | 96% / 0.2mm  | 94% / 0.4mm  |
| 08  Temps    | 78F to 90F   | 72F to 89F   | 79F to 93F   | 73F to 87F    | 82F to 95F   | 82F to 86F   |
| R.H. / Rain  | 95% / 0.1mm  | 88% / --mm   | 90% / 10.5mm | 85% / --mm    | 96% / 5.3mm  | 83% / 11.6mm |
| 09  Temps    | 80F to 91F   | 75F to 88F   | 76F to 82F   | 75F to 94F    | 83F to 94F   | 78F to 85F   |
| R.H. / Rain  | 87% / 2.3mm  | 93% / --mm   | 96% / 11.5mm | 77% / --mm    | 88% / 1.0mm  | 86% / 3.9mm  |
| 10  Temps    | 76F to 82F   | 76F to 90F   | 74F to 86F   | 78F to 96F    | 84F to 95F   | 83F to 89F   |
| R.H. / Rain  | 98% / 7.5mm  | 91% / 0.1mm  | 90% / --mm   | 82% / --mm    | 90% / 3.0mm  | 98% / 5.3mm  |
| 11  Temps    | 78F to 80F   | 76F to 88F   | 74F to 91F   | 82F to 96F    | 82F to 90F   | 82F to 89F   |
| R.H. / Rain  | 84% / 0.1mm  | 85% / --mm   | 83% / --mm   | 88% / --mm    | 86% / 1.2mm  | 87% / 0.9mm  |
| 12  Temps    | 71F to 81F   | 78F to 91F   | 78F to 91F   | 83F  to 94F   | 78F to 93F   | 83F to 91F   |
| R.H. / Rain  | 83% / --mm   | 94% / 0.4mm  | 85% / --mm   | 85% / --mm    | 93% / 1.4mm  | 80% / 1.7mm  |

```
Bangkok Temperature, Relative Humidity, and Rainfall - Section 5 (Cont)

|             | Jan 2018     | Feb 2018      | Mar 2018      | Apr 2018      | May 2018      | Jun 2018      |
|             |              |               |               |               |               |               |

| 13  Temps   | 67F to 81F   | 71F to 88F    | 80F to 93F    | 83F to 95F    | 82F to 94F    | 83F to 92F    |
| R.H. / Rain | 78% / --mm   | 82% / --mm    | 89% / --mm    | 84% / --mm    | 84% / 4.0mm   | 85% / 0.6mm   |

| 14  Temps   | 68F to 85F   | 72F to 92F    | 82F to 92F    | 84F to 95F    | 82F to 93F    | 83F to 91F    |
| R.H. / Rain | 75% / --mm   | 87% / --mm    | 88% / 0.1mm   | 88% / --mm    | 95% / 0.3mm   | 92% / 0.1mm   |

| 15  Temps   | 71F to 85F   | 74F to 92F    | 80F to 92F    | 84F to 93F    | 78F to 90F    |
| R.H. / Rain | 81% / --mm   | 91% / --mm    | 89% / --mm    | 89% / 1.5mm   | 93% / 1.5mm   |

| 16  Temps   | 73F to 90F   | 75F to 92F    | 81F to 91F    | 83F to 96F    | 82F to 96F    |
| R.H. / Rain | 84% / --mm   | 92% / --mm    | 92% / 0.1mm   | 93% / 4.9mm   | 92% / --mm    |

| 17  Temps   | 74F to 90F   | 78F to 92F    | 79F to 91F    | 77F to 91F    | 85F to 96F    |
| R.H. / Rain | 84% / --mm   | 95% / --mm    | 91% / --mm    | 96% / 0.5mm   | 81% / 0.7mm   |

| 18  Temps   | 76F to 90F   | 79F to 91F    | 81F to 92F    | 79F to 90F    | 84F to 94F    |
| R.H. / Rain | 75% / --mm   | 92% / --mm    | 92% / --mm    | 88% / --mm    | 85% / 2.7mm   |

| 19  Temps   | 75F to 85F   | 79F to 89F    | 82F to 94F    | 84F to 92F    | 80F to 94F    |
| R.H. / Rain | 90% / --mm   | 90% / 0.69mm  | 88% / --mm    | 79% / 0.4mm   | 86% / 0.9mm   |

| 20  Temps   | 76F to 90F   | 79F to 91F    | 82F to 94F    | 83F to 92F    | 83F to 96F    |
| R.H. / Rain | 76% / --mm   | 90% / 3.2mm   | 85% / 0.6mm   | 89% / 1.5mm   | 85% / 0.7mm   |

| 21  Temps   | 78F to 91F   | 79F to 91F    | 83F to 90F    | 82F to 96F    | 82F to 91F    |
| R.H. / Rain | 78% / --mm   | 94% / 4.0mm   | 85% / 0.5mm   | 90% / 1.8mm   | 86% / 1.6mm   |

| 22  Temps   | 78F to 93F   | 81F to 90F    | 80F to 90F    | 83F to 94F    | 80F to 86F    |
| R.H. / Rain | 87% / --mm   | 89% / 2.5mm   | 94% / 0.8mm   | 87% / --mm    | 94% / 1.3mm   |

| 23  Temps   | 78F to 92F   | 77F to 87F    | 80F to 90F    | 84F to 96F    | 80F to 92F    |
| R.H. / Rain | 87% / --mm   | 98% / 8.3mm   | 91% / 0.6mm   | 87% / --mm    | 96% / 3.7mm   |

| 24  Temps   | 81F to 87F   | 78F to 89F    | 80F to 92F    | 84F to 94F    | 78F to 90F    |
| R.H. / Rain | 85% / --mm   | 95% / 3.7mm   | 89% / 0.1mm   | 88% / --mm    | 95% / 1.2mm   |
```

**Bangkok Temperature, Relative Humidity, and Rainfall – Section 5(Cont)**

|       |            | Jan 2018     | Feb 2018     | Mar 2018     | Apr 2018     | May 2018     | Jun 2018 |
|-------|------------|--------------|--------------|--------------|--------------|--------------|----------|
| 25    | Temps      | 79F to 89F   | 78F to 91F   | 84F to 91F   | 85F to 94F   | 79F to 92F   |          |
|       | R.H. / Rain| 92% / 1.5mm  | 96% / --mm   | 81% / 0.5mm  | 85% / 0.3mm  | 92% / 0.6mm  |          |
| 26    | Temps      | 80F to 89F   | 77F to 92F   | 82F to 93F   | 82F to 92F   | 82F to 89F   |          |
|       | R.H. / Rain| 88% / 3.3mm  | 92% / 4.8mm  | 87% / 1.0mm  | 84% / 0.2mm  | 89% / 3.9mm  |          |
| 27    | Temps      | 80F to 89F   | 76F to 90F   | 78F to 89F   | 80F to 93F   | 80F to 94F   |          |
|       | R.H. / Rain| 89% / 0.9mm  | 98% / 1.8mm  | 97% / 0.1mm  | 98% / 11.8mm | 95% / 0.1mm  |          |
| 28    | Temps      | 80F to 90F   | 76F to 92F   | 78F to 92F   | 74F to 79F   | 81F to 94F   |          |
|       | R.H. / Rain| 87% / --mm   | 93% / 0.5mm  | 94% / 1.0mm  | 99% / 4.6mm  | 94% / 0.8mm  |          |
| 29    | Temps      | 79F to 91F   |              | 80F to 91F   | 75F to 88F   | 81F to 90F   |          |
|       | R.H. / Rain| 91% / --mm   |              | 100% / 0.4mm | 98% / --mm   | 88% / --mm   |          |
| 30    | Temps      | 79F to 89F   |              | 83F to 91F   | 77F to 86F   | 82F to 92F   |          |
|       | R.H. / Rain| 95% / --mm   |              | 92% / 0.3mm  | 98% / 0.9mm  | 87% / 3.1mm  |          |
| 31    | Temps      | 78F to 88F   |              | 82F to 90F   |              | 80F to 92F   |          |
|       | R.H. / Rain| 98% / 0.3mm  |              | 91% / 2.9mm  |              | 92% / --mm   |          |

Except where noted, all Temperature and Relative Humidity data are from:

www.timeanddate.com/weather/thailand/bangkok/historic retrieved on August 25, 2020

Temperature and Relative Humidity for July 4-18, 2017, and December 16, 2017, and all Rainfall data, are from:

www.worldweatheronline/lang/en-ca/bangkok-weather-history/krung-thep/th.aspx retrieved on August 25, 2020