

# Silk Road
*anonymous market*

a few words from
**the Dread Pirate Roberts**

messages **0** | orders **0** | account ฿**0.0000**

**Search** [_____] Go

Hi, [████]
*logout*

🛒 **0**

## Shop by Category

**Drugs** *13,802*
  Cannabis *2,906*
  Dissociatives *203*
  Ecstasy *1,304*
  Intoxicants *71*
  Opioids *365*
  Other *82*
  Precursors *62*
  Prescription *4,650*
  Psychedelics *1,746*
  Stimulants *1,644*
  Tobacco *218*
**Apparel** *753*
**Art** *14*
**Books** *1,322*
**Collectibles** *26*
**Computer equipment** *100*
**Custom Orders** *87*
**Digital goods** *892*
**Drug paraphernalia** *496*
**Electronics** *239*
**Erotica** *584*
**Fireworks** *34*
**Food** *13*
**Forgeries** *156*
**Hardware** *35*
**Home & Garden** *28*
**Jewelry** *104*
**Lab Supplies** *30*
**Lotteries & games** *169*
**Medical** *56*
**Money** *269*
**Musical instruments** *7*
**Packaging** *91*
**Services** *171*
**Sporting goods** *3*
**Tickets** *4*
**Writing** *7*

### From the forum

- DPR's Book Club: Cast your vote!
- Feedback system changes
- HOW TO: Run your own relay and help the Tor network!
- Ask a drug expert physician about drugs and health
- Winning the war on drugs


White DMT crystals 200 mg
฿0.2424


1G Mephedrone 4-MMC, 4-Methylmethcathinone 99.8%
฿0.2243


French Seller Pure HC Flake Cocaine 0.5 Gr (500mg)
฿0.7216


~ 100% pure MDMA capsules (x4) ~
฿0.5506

Tramadol generic 100mg 100 count
฿0.4585


Anavar 100 tabs @ 20mg
฿0.9830


Sildenafil Citrate 25g. - - - - - - ♛ From EU ♛
฿0.6572


☘ Modafinil 200mg 100 pills Tracking + Free ship ☘
฿0.7121


500mg NN-DMT - High Quality Wash!
฿0.5346


1 gr of AFGHAN OPIUM, Limited Stock.
฿0.5835


3.5g DMT - Majestic and High quality!
฿4.7925


MDMA Lowest Price Grams
฿0.4182

฿1 = ฿1.0000

community forums | wiki | support