# LAW OFFICE OF
## STEPHANIE M. CARVLIN, ESQ.
140 Broadway, Suite 4610
New York, New York   10005

STEPHANIE M. CARVLIN, ESQ.                TELEPHONE: 212-748-1636
                                          FAX: 212-858-7750
                                          E-MAIL: CARVLIN@HOTMAIL.COM

November 20, 2020

Honorable William H. Pauley
United State District Court
Southern District of New York
500 Pearl Street
New York, NY   10007

     Re:   <u>United States v. Roger Thomas Clark</u>
            15-cr-866 (WHP)

Dear Judge Pauley:

    After reviewing the government's sentencing submission of November 16, 2020, and consulting with my client, I write to inform the Court that I will not be filing a reply.

                                       Respectfully submitted,

                                       _____/s/_____
                                       Stephanie Carvlin

cc:   AUSA Michael Neff
       AUSA Vladislav Vainberg (via ECF)