UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

–v–

Roger Thomas Clark,

Defendant.

15-cr-866 (WHP)

ORDER

WILLIAM H PAULEY III, District Judge:

Sentencing is scheduled in the above-captioned matter for December 10, 2020 at 11:00 a.m.  Links for the videoconference will be provided to counsel separately.  The public dial-in number is 855-268-7844, passcode 32091812 and the pin is 9921299.

Dated:  December 2, 2020
        New York, New York

SO ORDERED:

WILLIAM H. PAULEY III
U.S.D.J.