UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

–v–

Roger Thomas Clark,

Defendant.

15-cr-866 (WHP)

ORDER

WILLIAM H PAULEY III, District Judge:

The sentencing scheduled for December 10, 2020 at 11:00 a.m. is adjourned to a date to be determined.

Dated: December 9, 2020
       New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.