# LAW OFFICE OF
## STEPHANIE M. CARVLIN, ESQ.
140 Broadway, Suite 4610
New York, New York   10005

STEPHANIE M. CARVLIN, ESQ.　　　　　　　　　　　　　　　　　　TELEPHONE: 212-748-1636
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　FAX: 212-858-7750
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　E-MAIL: CARVLIN@HOTMAIL.COM

January 12, 2021

Honorable William H. Pauley
United States District Court
Southern District of New York
500 Pearl Street
New York, NY   10017

　　　　Re:　　*United States v. Roger Thomas Clark*
　　　　　　　　15-cr-866 (WHP)

Dear Judge Pauley:

　　　　I write to request that the Court set a sentencing date for Roger Clark no earlier than the last week of February 2021. Mr. Clark's unit is no longer on quarantine. However, Mr. Clark was moved to a different unit (not for disciplinary reasons), and his legal documents did not follow him. Prior to his move, he had spent a significant amount of time working on a letter to the Court and other materials related to his sentencing. Mr. Clark will have to duplicate this effort and review it with me. The MDC has on and off complete lockdown for weeks. While inmates (on most units) are now allowed out for a brief period each day, it is impossible to predict with certainty when Mr. Clark will have access to his discovery and research materials. These and other limitations imposed by the pandemic make it difficult for Mr. Clark to work efficiently at this time. For these reasons, I request a sentencing date several weeks hence.

　　　　I have consulted with the government, and the government has no objection to this request.

　　　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　　_____/s/_____
　　　　　　　　　　　　　　　　　　　　　　　　Stephanie Carvlin