# LAW OFFICE OF
## STEPHANIE M. CARVLIN, ESQ.

140 Broadway, Suite 4610
New York, New York  10005

STEPHANIE M. CARVLIN, ESQ.

TELEPHONE: 212-748-1636
FAX: 212-858-7750
E-MAIL: CARVLIN@HOTMAIL.COM

February 12, 2021

Honorable William H. Pauley
United State District Court
Southern District of New York
500 Pearl Street
New York, NY  10007

    Re:    <u>United States v. Roger Thomas Clark</u>
              15-cr-866 (WHP)

Dear Judge Pauley:

    I write to request that the Court adjourn Mr. Clark's sentencing date now set for February 23, 2021, *sine die*. As the Court knows, Mr. Clark has been very ill for the past eight weeks. Because of his illness, he has been unable to communicate with me effectively about his sentencing. I spoke with him yesterday, and he reported that he is much improved. However, he is still not completely well. I ask that the Court permit me to continue to confer with Mr. Clark to determine his progress and, if he is able, to again begin to discuss sentencing issues with him. I propose writing a letter to the Court on or before March 8, 2021, at which time I would anticipate that a sentencing date could be set.

    I have conferred with the government, and the government has no objection to this request.

                                      Respectfully submitted,

                                      _____/s/_____
                                      Stephanie Carvlin

cc:    AUSA Michael Neff
       AUSA Vladislav Vainberg