# LAW OFFICE OF
## STEPHANIE M. CARVLIN, ESQ.

140 Broadway, Suite 4610
New York, New York   10005

STEPHANIE M. CARVLIN, ESQ.

TELEPHONE: 212-748-1636
FAX: 212-858-7750
E-MAIL: CARVLIN@HOTMAIL.COM

March 8, 2021

Honorable William H. Pauley
United State District Court
Southern District of New York
500 Pearl Street
New York, NY   10007

      Re:    United States v. Roger Thomas Clark
              15-cr-866 (WHP)

Dear Judge Pauley:

     I write to advise the Court that Mr. Clark has recovered from his illness. I ask that the Court now set a date for his sentencing. With the Court's permission, I will file a supplemental sentencing letter, addressing only the issues that have arisen since my sentencing submission was filed initially, specifically, Mr. Clark's health issues and his treatment by the Metropolitan Detention Center. I propose filing that letter on or before March 30, 2021. The government would file a response, if it opts to do so, on or before April 8, 2021. I ask that sentencing follow sometime in mid-April, 2021.

     I have conferred with the government, and the government has no objection to this request.

                                    Respectfully submitted,

                                    _____/s/_____
                                    Stephanie Carvlin

cc:   AUSA Michael Neff
       AUSA Vladislav Vainberg

Application granted.  Sentencing is scheduled for April 20, 2021 at 9:00 a.m.
SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.

March 10, 2021