# LAW OFFICE OF
## STEPHANIE M. CARVLIN, ESQ.
140 Broadway, Suite 4610
New York, New York   10005

STEPHANIE M. CARVLIN, ESQ.

TELEPHONE: 212-748-1636
FAX: 212-858-7750
E-MAIL: CARVLIN@HOTMAIL.COM

April 12, 2021

Honorable William H. Pauley
United States District Court
Southern District of New York
500 Pearl Street
New York, NY   10007

    Re:    <u>United States v. Roger Thomas Clark</u>
               15-cr-866 (WHP)

Dear Judge Pauley:

    I write to ask that the Court adjourn Roger Clark's sentence date, which is now set for April 20, 2021. As the Court knows, Mr. Clark has been ill for the past several months. He felt better for a brief period of time in early March of this year. But for the last several weeks, he has relapsed. He reports, he is "unable to concentrate for more than three minutes at a time." He fatigues easily and spends much of his time sleeping. While it is in the interest of the parties and the public that Mr. Clark be sentenced as soon as possible, and Mr. Clark eagerly awaits the day when he will be transferred out of the MDC to the facility where he will serve his sentence, he is not able to proceed to sentencing at this time. I therefore ask that the April 20, 2021 sentence date be adjourned. I propose that I write to the Court every two weeks, with my first letter due on May 4, 2021, to advise the Court of Mr. Clark's condition with the goal of setting a date for sentencing as soon as possible.

    I have conferred with the government, and the government has no objection to this request.

Respectfully submitted,

Application granted.

_____/s/_____
Stephanie Carvlin

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.

April 13, 2021