# LAW OFFICE OF

## STEPHANIE M. CARVLIN, ESQ.

140 Broadway, Suite 4610
New York, New York   10005

STEPHANIE M. CARVLIN, ESQ.  TELEPHONE: 212-748-1636
FAX: 212-858-7750
E-MAIL: CARVLIN@HOTMAIL.COM

May 4, 2021

Honorable William H. Pauley
United States District Court
Southern District of New York
500 Pearl Street
New York, NY   10007

    Re:    United States v. Roger Thomas Clark
             15-cr-866 (WHP)

Dear Judge Pauley:

      I write to inform the Court of Mr. Clark's current physical condition. I spoke with Mr. Clark by telephone last Wednesday, April 28, 2021, and communicated with him yesterday by email. He reported that he still is unwell. He continues to suffer from fatigue (he sleeps most of most day) and lack of concentration. He has little appetite and has trouble eating. This likely contributes to his feeling of lethargy.

      Mr. Clark also told me that he spoke with a member of the medical staff at the MDC about his condition. Mr. Clark was advised that his lingering symptoms, while rare, are not unprecedented. The expectation is that, with rest, he will recover completely in time. Unfortunately, as of now, Mr. Clark is still unable to muster the focus to prepare for his sentencing. I ask that the Court permit me to provide an update on or before May 18, 2021, with the hope that a sentencing date can be set then.

      I have conferred with the government, and the government has no objection to this request.

                                                             Respectfully submitted,

                                                           _____/s/_____
                                                           Stephanie Carvlin

cc:    AUSA Michael Neff
       AUSA Vladislav Vainberg (via ECF)