# LAW OFFICE OF

## STEPHANIE M. CARVLIN, ESQ.

140 Broadway, Suite 4610
New York, New York   10005

STEPHANIE M. CARVLIN, ESQ.                              TELEPHONE: 212-748-1636
                                                        FAX: 212-858-7750
                                                        E-MAIL: CARVLIN@HOTMAIL.COM

May 18, 2021

Honorable William H. Pauley
United States District Court
Southern District of New York
500 Pearl Street
New York, NY   10007

      Re:    <u>United States v. Roger Thomas Clark</u>
             15-cr-866 (WHP)

Dear Judge Pauley:

      I write to update the Court on the status of Mr. Clark's health. I spoke with him today, May 18, 2021, by telephone. He advises me that for the first time in months, he has noticed some improvement. He is no longer sleeping the majority of the day, and he is physically able to leave his cell to take advantage of the two-hour daily period inmates currently are not locked down. However, Mr. Clark reports that his ability to focus remains impaired. He is unable to concentrate for extended periods of time.

      I have not met with Mr. Clark in person in recent months because he has not had the energy to leave his unit to go to the visiting room. He now is in a position to meet with me. I propose that I see Mr. Clark in person at the MDC and then report to the Court. I have booked an attorney-client meeting with him for May 28, 2021. I therefore request permission to write a letter to the Court by the end of the day on May 28, 2021, detailing Mr. Clark's status. It is my hope that Mr. Clark will be well enough by then that he and I can discuss his sentencing, and the Court can set a sentencing date.

      I have conferred with the government, and the government has no objection to this request.

                    Respectfully submitted,

                    _____/s/_____
                    Stephanie Carvlin

cc: AUSA Michael Neff
   AUSA Vladislav Vainberg (via ECF)