# LAW OFFICE OF
## STEPHANIE M. CARVLIN, ESQ.

140 Broadway, Suite 4610
New York, New York  10005

STEPHANIE M. CARVLIN, ESQ.

TELEPHONE: 212-748-1636
FAX: 212-858-7750
E-MAIL: CARVLIN@HOTMAIL.COM

May 28, 2021

Honorable William H. Pauley
United States District Court
Southern District of New York
500 Pearl Street
New York, NY  10007

      Re:    United States v. Roger Thomas Clark
                 15-cr-866 (WHP)

Dear Judge Pauley:

      I write to update the Court on the status of Roger Clark's health. I met with him today at the Metropolitan Detention Center. Mr. Clark reports that, after fearing that his condition was permanent, he now feels that he has begun to improve. His stamina has increased to the extent that he now is able to be out of bed and functioning for up to four or five hours a day. However, he advised me that he continues to have difficulty concentrating, and he tires easily. For example, he told me that when he was called down for his legal visit with me, he was taking a nap. When he left the visit, which was quite brief, he intended to go back to his cell to sleep.

      I ask that the Court permit me to submit another status letter in two weeks, on June 11, 2021. If Mr. Clark continues to improve, I would anticipate setting a sentence date at that time.

      I have conferred with the government, and the government has no objection to this request.

Respectfully submitted,

_____/s/_____
Stephanie Carvlin

cc:     AUSA Michael Neff
       AUSA Vladislav Vainberg (via ECF)