# LAW OFFICE OF
## STEPHANIE M. CARVLIN, ESQ.
140 Broadway, Suite 4610
New York, New York  10005

STEPHANIE M. CARVLIN, ESQ.

TELEPHONE: 212-748-1636
FAX: 212-858-7750
E-MAIL: CARVLIN@HOTMAIL.COM

June 11, 2021

Application granted.

SO ORDERED:

*[signature]*

WILLIAM H. PAULEY III
U.S.D.J.

June 14, 2021

Honorable William H. Pauley
United States District Court
Southern District of New York
500 Pearl Street
New York, NY   10007

Re:   United States v. Roger Thomas Clark
      15-cr-866 (WHP)

Dear Judge Pauley:

    I write to update the Court on the status of Roger Clark's health. I spoke with Mr. Clark on the telephone today. He advises me that while his physical health has improved, although he still remains fatigued and still is sleeping far more than he did before he was ill, his mental acuity remains impaired. Specifically, he reports experiencing "brain fog." He has difficulty concentrating. He is having issues with his short-term memory. He stated as an example that he has begun trying to read again to improve his focus. Prior to his diagnosis, he could read rapidly and had good recall of what he read. When he attempts to do even pleasure reading now, he has to read and reread a passage to retain the information. I have advised Mr. Clark to make the MDC Health Services aware of his cognitive issues to see if there is any treatment they could prescribe.

    I ask that the Court permit me to submit another status letter in two weeks, on June 25, 2021. In the interim I will again confer with Mr. Clark to discuss his status.

    I have conferred with the government, and the government has no objection to this request.

Respectfully submitted,

_____/s/_____
Stephanie Carvlin

cc: AUSA Michael Neff
AUSA Vladislav Vainberg (via ECF)