USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/25/21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

–v–

Roger Thomas Clark,

Defendant.

15-CR-866 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

This case was recently re-assigned to the undersigned. Within two weeks of this Order, counsel shall meet and confer and advise the Court whether the Defendant is prepared to proceed to sentencing.

SO ORDERED.

Dated: June 25, 2021
  New York, New York

ALISON J. NATHAN
United States District Judge