# LAW OFFICE OF
## STEPHANIE M. CARVLIN, ESQ.
140 Broadway, Suite 4610
New York, New York   10005

STEPHANIE M. CARVLIN, ESQ.                TELEPHONE: 212-748-1636
                                          FAX: 212-858-7750
                                          E-MAIL: CARVLIN@HOTMAIL.COM

July 9, 2021

Honorable Alison J. Nathan
United States District Court
Southern District of New York
500 Pearl Street
New York, NY   10007

　　　　Re:　United States v. Roger Thomas Clark
　　　　　　　15-cr-866 (AJN)

Dear Judge Nathan:

　　　　I am counsel for Roger Clark in 15-cr-866, a case that has been transferred to Your Honor from Judge William H. Pauley. I write after conferring with the government, as directed in the Court's order of June 25, 2021, to advise the Court of the parties' positions with respect to when Mr. Clark should be sentenced.

　　　　In December of 2020, Mr. Clark                                          . His recovery has been slow and uneven. Since his diagnosis, he has been plagued by severe fatigue and an inability to focus. As a result, his sentencing has been postponed several times.

　　　　I communicated with Mr. Clark yesterday, July 8, 2021. He advised me that his strength and cognitive abilities are improving. However, he reports that he still has difficulty concentrating for a significant length of time and is sleeping much of the day. He is unable at this time to participate actively in the sentencing process, as he did throughout his defense. For example, he wants to write a letter to the Court describing his remorse for his participation in the offense. He wants to be able to address the Court during sentencing to detail his conditions of confinement at the MDC. He is unable to do so at this time. I therefore ask that the Court permit me to file an additional letter on or before July 23, 2021, advising the Court on the status of Mr. Clark's health at that time.

I have consulted with the Assistant United States Attorneys who are representing the government in this case, and the government has no objection to this request.

Respectfully submitted,

_____/s/_____
Stephanie Carvlin

cc:  AUSA Michael Neff
     AUSA Vladislav Vainberg (via ECF)