# LAW OFFICE OF
## STEPHANIE M. CARVLIN, ESQ.
140 Broadway, Suite 4610
New York, New York   10005

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: _7/23/21_

STEPHANIE M. CARVLIN, ESQ.

TELEPHONE: 212-748-1636
FAX: 212-858-7750
E-MAIL: CARVLIN@HOTMAIL.COM

July 23, 2021

Honorable Alison J. Nathan
United States District Court
Southern District of New York
500 Pearl Street
New York, NY   10007

     Re:    United States v. Roger Thomas Clark
             15-cr-866 (AJN)

Dear Judge Nathan:

I write to provide updated information on Roger Clark's current health and his ability to proceed to sentencing. I communicated with Mr. Clark Wednesday, July 21, 2021. He advised me that his strength and stamina have continued to improve. However, his mental "fog" persists. He provided the following as examples: When he's communicating with this cellmate, he, Mr. Clark, frequently loses track of what he is discussing. To function when focus is required, he has to write himself notes. Mr. Clark reports that these cognitive lapses impair his ability to write a letter to the Court describing his remorse for his participation in the offense, his ability to address the Court during sentencing and his ability to communicate effectively with me. I therefore ask that the Court permit me to file an additional letter on or before August 6, 2021, advising the Court of the status of Mr. Clark's health at that time.

SO ORDERED.

I have consulted with the Assistant United States Attorneys who are representing the government in this case, and the government has no objection to this request.

SO ORDERED.
ALISON J. NATHAN, U.S.D.J.
7/23/21

Respectfully submitted,

_____/s/_____
Stephanie Carvlin

cc:    AUSA Michael Neff
       AUSA Vladislav Vainberg (via ECF)