LAW OFFICE OF
# Jacob Barclay Mitchell, Esq.
225 Broadway, Suite 2815
New York, New York 10007

TELEPHONE: (212) 204-2574                                      E-MAIL: jacobbarclaymitchell@gmail.com

August 6, 2021

Honorable Alison J. Nathan
United States District Court
Southern District of New York
500 Pearl Street
New York, NY   10007

      Re:      <u>United States v. Roger Thomas Clark</u>
                 15-cr-866 (AJN)

Dear Judge Nathan:

      I write to provide updated information on Roger Clark's current health and ability to proceed to sentencing. I communicated with Mr. Clark Wednesday August 4, 2021. He advised me that his strength and stamina are still improving. However, his mental "fog" continues to be a problem. This issue continues to be a hinderance to his adequate preparation for sentencing.

      In particular, his memory lapses and inability to focus impair his ability to write a letter to the Court describing his remorse for his participation in the offense, his ability to address the Court during sentencing and his ability to communicate effectively with me. I therefore ask the Court permit me to file an additional letter on or after August 20, 2021.

      I have consulted with the Assistant United States Attorneys who are representing the government in this case, and the government has no objection to this request.

      Respectfully submitted,

      _____/s/_____
      Jacob Mitchell
      Stephanie Carvlin

cc:      AUSA Michael Neff
          AUSA Vladislav Vainberg (via ECF)