

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/23/21

# LAW OFFICE OF
## STEPHANIE M. CARVLIN, ESQ.
140 Broadway, Suite 4610
New York, New York 10005

STEPHANIE M. CARVLIN, ESQ.

TELEPHONE: 212-748-1636
FAX: 212-858-7750
E-MAIL: CARVLIN@HOTMAIL.COM

August 20, 2021

Honorable Alison J. Nathan
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

> Defense counsel is ORDERED to file an unredacted copy of this letter with the Court pursuant to the Court's individual rules. SO ORDERED.

Re: United States v. Roger Thomas Clark
15-cr-866 (AJN)

Dear Judge Nathan:

I write to provide updated information on Roger Clark's current health and his ability to proceed to sentencing. I communicated with Mr. Clark Wednesday, August 18, 2021. Unfortunately, Mr. Clark advised me that he is ill again. He was ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ I've requested an attorney-client phone call with him as soon as possible next week to follow up with him to determine if he is receiving appropriate testing and or treatment. In light of Mr. Clark's current situation, I again ask that the Court not set a date for his sentencing and instead permit me to file a letter to the Court with additional information on or before September 3, 2021.

SO ORDERED.

I have consulted with the Assistant United States Attorneys who are representing the government in this case, and the government has no objection to this request.

Respectfully submitted,

SO ORDERED.
ALISON J. NATHAN, U.S.D.J.
8/23/21

_____/s/_____
Stephanie Carvlin

cc: AUSA Michael Neff
AUSA Vladislav Vainberg (via ECF)