# LAW OFFICE OF

## STEPHANIE M. CARVLIN, ESQ.

140 Broadway, Suite 4610
New York, New York   10005

STEPHANIE M. CARVLIN, ESQ.

TELEPHONE: 212-748-1636
FAX: 212-858-7750
E-MAIL: CARVLIN@HOTMAIL.COM

September 3, 2021

Honorable Alison J. Nathan
United States District Court
Southern District of New York
500 Pearl Street
New York, NY   10007

   Re: United States v. Roger Thomas Clark
      15-cr-866 (AJN)

Dear Judge Nathan:

  I write to advise the Court of the status of Roger Clark's health and to request that the Court set a sentencing date for him. I spoke with Mr. Clark by telephone on Wednesday, September 1, 2021. He advised me that, while the MDC declined to provide him with a COVID test, he believes that he does not have COVID. He has continued to feel better since my last letter to the Court on August 20, 2021. While his focus is still somewhat impaired, it has improved to the extent that he believes that he is now able to participate in the sentencing process. He does want some additional time now that he is better to consult with me and to prepare a letter to the Court, expressing remorse for his participation in the offense and describing his illness and its aftermath. Given Mr. Clark's limitations and the fact that the MDC, where Mr. Clark is being held, is experiencing constant lockdowns, this may take some time. I therefore ask that the Court set a date to sentence Mr. Clark in mid-October, 2021, at a time convenient for the Court.

  I have consulted with the Assistant United States Attorneys who are representing the government in this case, and the government has no objection to this request.

Respectfully submitted,


_____/s/_____
Stephanie Carvlin


cc:     AUSA Michael Neff
        AUSA Vladislav Vainberg (via ECF)