UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America

-v-

Roger Thomas Clark,

               Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/8/21

15-cr-866 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    The sentencing for Roger Thomas Clark is set for October 20, 2021 at 10:00 a.m. Unless and until the Court orders otherwise, the proceeding will be held in person in Courtroom 906 of the Thurgood Marshall United States Courthouse, 40 Centre Street, New York, New York. If either party believes that the proceeding should be held remotely (or that the Defendant should be permitted to appear remotely), counsel should confer with the other side and, no later than October 1, 2021, submit a letter request to that effect

    Pursuant to this Court's Individual Practices for Criminal Cases, the Defendant's sentencing submission is due one week in advance of sentencing; the Government's is due three days ahead of sentencing.

    This resolves Dkt. No. 96.

    SO ORDERED.

Dated: September 8, 2021
       New York, New York

_____
ALISON J. NATHAN
United States District Judge