UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America

-v-

Roger Thomas Clark,

Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/4/21

15-cr-866 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

On October 1, 2021, the Defendant filed a request that his sentencing—scheduled for October 20, 2021 at 10:00 a.m.—be held remotely.  Dkt. No. 98.  The Court hereby GRANTS the request that the sentencing be held remotely.  The Defendant is currently housed at MDC.  In order to comply with MDC's procedures for remote teleconferences, the Court hereby ADJOURNS the sentencing to **October 21, 2021 at 11:00 a.m.**

IT IS FURTHER ORDERED that defense should confer with the Defendant regarding waiving his physical presence and provide the attached waiver form to him. If Mr. Clark, after reviewing the form and being advised of its contents, wishes to waive his right to be physically present, he and his counsel should return the signed waiver form no later than October 18, 2021.

As outlined in this Court's prior order and pursuant to this Court's Individual Practices for Criminal Cases, the Defendant's sentencing submission is due one week in advance of sentencing; the Government's is due three days ahead of sentencing.

This resolves Dkt. No. 98.

SO ORDERED.

Dated:  October 4, 2021
         New York, New York

ALISON J. NATHAN
United States District Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

UNITED STATES OF AMERICA

                        -v-

                                    ,

                              Defendant.
------------------------------------------------------------------X

**WAIVER OF RIGHT TO BE PRESENT AT
CRIMINAL PROCEEDING**

(    )-cr-(      ) (AJN)

## **Check Proceeding that Applies**

_____   Arraignment

I have been given a copy of the indictment containing the charges against me and have
reviewed it with my attorney.  I understand that I have a right to appear before a judge in
a courtroom in the Southern District of New York to confirm that I have received and
reviewed the indictment; to have the indictment read aloud to me if I wish; to enter a plea
of either guilty or not guilty before the judge; and to have an attorney beside me as I do.
By signing this document, I wish to advise the court that after consultation with my
attorney I willingly give up my right to appear in person before the judge for my
arraignment.  By signing this document, I also wish to advise the court that I willingly
give up any right I might have to have my attorney next to me for my arraignment so long
as the following conditions are met.  I want my attorney to be able to participate in the
proceeding and to be able to speak on my behalf during the proceeding. I also want the
ability to speak privately with my attorney at any time during the proceeding if I wish to
do so.

Date:

_____          _____
          Print Name                                        Signature of Defendant

_____   Criminal Status Conference

I have been charged in an indictment with violations of federal law.  I understand that I
have a right to be present at all conferences concerning this indictment that are held by a
judge in the Southern District of New York, unless the conference involves only a question
of law.  I understand that at these conferences the judge may, among other things, 1) set a
schedule for the case including the date at which the trial will be held, and 2) determine
whether, under the Speedy Trial Act, certain periods of time should be properly excluded
in setting the time by which the trial must occur.  I have discussed these issues with my
attorney and wish to give up my right to be present at the conferences.  By signing this

document, I wish to advise the court that I willingly give up my right to be present at the conferences in my case for the period of time in which access to the courthouse has been restricted on account of the COVID-19 pandemic.  I request that my attorney be permitted to represent my interests at the proceedings even though I will not be present.

Date:

_____          _____
Print Name                                                        Signature of Defendant


____   Entry of Plea of Guilty

I am aware that I have been charged with violations of federal law. I have consulted with my attorney about those charges. I have decided that I wish to enter a plea of guilty to certain charges. I understand I have a right to appear before a judge in a courtroom in the Southern District of New York to enter my plea of guilty and to have my attorney beside me as I do. I am also aware that the public health emergency created by the COVID-19 pandemic has interfered with travel and restricted access to the federal courthouse.  I have discussed these issues with my attorney. By signing this document, I wish to advise the court that I willingly give up my right to appear in person before the judge to enter a plea of guilty. By signing this document, I also wish to advise the court that I willingly give up any right I might have to have my attorney next to me as I enter my plea so long as the following conditions are met. I want my attorney to be able to participate in the proceeding and to be able to speak on my behalf during the proceeding. I also want the ability to speak privately with my attorney at any time during the proceeding if I wish to do so.

Date:

_____          _____
Print Name                                                        Signature of Defendant


____   Criminal Sentencing

I understand that I have a right to appear before a judge in a courtroom in the Southern District of New York at the time of my sentence and to speak directly in that courtroom to the judge who will sentence me. I am also aware that the public health emergency created by the COVID-19 pandemic has interfered with travel and restricted access to the federal courthouse. I do not wish to wait until the end of this emergency to be sentenced. I have discussed these issues with my attorney and willingly give up my right to be present, at the time my sentence is imposed, in the courtroom with my attorney and the judge who will impose that sentence. By signing this document, I wish to advise the court

that I willingly give up my right to appear in a courtroom in the Southern District of New York for my sentencing proceeding as well as my right to have my attorney next to me at the time of sentencing on the following conditions. I want my attorney to be able to participate in the proceeding and to be able to speak on my behalf at the proceeding. I also want the ability to speak privately with my attorney at any time during the proceeding if I wish to do so.

Date: _____    _____
                            Print Name                          Signature of Defendant


____    Supervised Release Conference

I understand that I have a right to appear before a judge in a courtroom in the Southern District of New York at the time the conditions of my release on supervision or my remand to custody are discussed. I have discussed these rights with my attorney and wish to give up these rights for the period of time in which access to the courthouse has been restricted on account of the COVID-19 pandemic.   I request that my attorney and I be permitted to participate by telephone, or if it is reasonably available by videoconferencing, in any conference with the court at which such conditions or my remand are discussed.

Date: _____

_____    _____
Print Name                                    Signature of Defendant


____    Admission of Specification

I am aware that I have been charged with violations of the terms of supervised release.  I have consulted with my attorney about those charges.  I have decided that I wish to admit to certain specifications.  I understand I have a right to appear before a judge in a courtroom in the Southern District of New York to enter my admission of the specifications and to have my attorney beside me as I do.  I am also aware that the public health emergency created by the COVID-19 pandemic has interfered with travel and restricted access to the federal courthouse.  I have discussed these issues with my attorney.  By signing this document, I wish to advise the court that I willingly give up my right to appear in person before the judge to admit to certain specifications.  By signing this document, I also wish to advise the court that I willingly give up any right I might have to have my attorney next to me as I enter my plea so long as the following conditions are met.  I want my attorney to be able to participate in the proceeding and to be able to speak on my behalf during the proceeding.  I also want the ability to speak privately with my attorney at any time during the proceeding if I wish to do so.

3

Date:

_____        _____
Print Name                            Signature of Defendant


\_\_\_\_\_    Sentencing on Specification

I understand that I have a right to appear before a judge in a courtroom in the Southern District of New York at the time of my sentence and to speak directly in that courtroom to the judge who will sentence me.  I am also aware that the public health emergency created by the COVID-19 pandemic has interfered with travel and restricted access to the federal courthouse.  I do not wish to wait until the end of this emergency to be sentenced.  I have discussed these issues with my attorney and willingly give up my right to be present, at the time my sentence is imposed, in the courtroom with my attorney and the judge who will impose that sentence.  By signing this document, I wish to advise the court that I willingly give up my right to appear in a courtroom in the Southern District of New York for my sentencing proceeding as well as my right to have my attorney next to me at the time of sentencing on the following conditions.  I want my attorney to be able to participate in the proceeding and to be able to speak on my behalf at the proceeding.  I also want the ability to speak privately with my attorney at any time during the proceeding if I wish to do so.


Date:

_____        _____
Print Name                            Signature of Defendant


I hereby affirm that I am aware of my obligation to discuss with my client the charges contained in the indictment or violation of supervised release report, my client's rights to attend and participate in the criminal proceedings encompassed by this waiver, and this waiver form.  I affirm that my client knowingly and voluntarily consents to the proceedings being held in my client's absence.  I will inform my client of what transpires at the proceedings and provide my client with a copy of the transcript of the proceedings, if requested.

Date:

_____
Signature of Defense Counsel


_____
Print Name


**Addendum for a defendant who requires services of an interpreter:**

4

I used the services of an interpreter to discuss these issues with the defendant.  The interpreter also translated this document, in its entirety, to the defendant before the defendant signed it.  The interpreter's name is:

_____.


Date:            _____
                        Signature of Defense Counsel




**Accepted:**        _____
                 Signature of Judge
                 Date: