UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/5/21
```

United States of America

                    -v-

Roger Thomas Clark,

                              Defendant.

15-cr-866 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    The sentencing in this case was previously scheduled for October 21, 2021 at 11:00 a.m.

Upon defense counsel's request, the sentencing is hereby ADJOURNED to **October 26, 2021 at**

**11:00 a.m**. *See* Dkt. No. 100.  In accordance with the Court's October 4 Order, the sentencing

will be held remotely.

    Defense counsel is FURTHER ORDERED to confer with the Defendant regarding

waiving his physical presence and provide to him the waiver form attached to Dkt. No. 99. If Mr.

Clark, after reviewing the form and being advised of its contents, wishes to waive his right to be

physically present, he and his counsel should return the signed waiver form no later than

**October 22, 2021**.

    As outlined in this Court's prior order and pursuant to this Court's Individual Practices

for Criminal Cases, the Defendant's sentencing submission is due one week in advance of

sentencing; the Government's is due three days ahead of sentencing.

    This resolves Dkt. No. 100.

    SO ORDERED.

Dated:  October 5, 2021
        New York, New York

ALISON J. NATHAN
United States District Judge