USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/22/2021

# LAW OFFICE OF
## STEPHANIE M. CARVLIN, ESQ.
140 Broadway, Suite 4610
New York, New York  10005

STEPHANIE M. CARVLIN, ESQ.

TELEPHONE: 212-748-1636
FAX: 212-858-7750
E-MAIL: CARVLIN@HOTMAIL.COM

October 21, 2021

Honorable Alison J. Nathan
United States District Court
Southern District of New York
40 Foley Square
New York, NY  10007

> The unredacted version of this letter will be filed under seal. SO ORDERED.
>
> /s/ Alison J. Nathan
> 10/22/2021

Re: United States v. Roger Thomas Clark
    15-cr-866 (AJN)

Dear Judge Nathan:

I write to advise the Court that Roger Clark, who is scheduled to be sentenced on October 26, 2021, received serious injuries this week while incarcerated at the Metropolitan Detention Center. It is my understanding, based on information the government was provided by staff at the MDC, that Mr. Clark remains hospitalized for evaluation and treatment of his injuries, which include a ████████████████████████████████ I believe that at least until Mr. Clark is returned to the MDC, I will be unable to confer with him and determine his physical and mental status. I therefore request that the Court adjourn Mr. Clark's sentencing *sine die* and permit me to file a status update letter with the Court on or before October 29, 2021.

SO ORDERED.
/s/ Alison J. Nathan

I have consulted with one of the Assistant United States Attorneys who is representing the government in this case, and the government has no objection to this request.

Respectfully submitted,

_____/s/_____
Stephanie Carvlin

Case 1:15-cr-00866-AJN   Document 104   Filed 10/22/21   Page 2 of 2

cc: AUSA Michael Neff
    AUSA Vladislav Vainberg (via ECF)