# LAW OFFICE OF
## STEPHANIE M. CARVLIN, ESQ.

140 Broadway, Suite 4610
New York, New York  10005

STEPHANIE M. CARVLIN, ESQ.　　　　　　　　　　　　　　　　　　　TELEPHONE: 212-748-1636
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　FAX: 212-858-7750
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　E-MAIL: CARVLIN@HOTMAIL.COM

October 29, 2021

Honorable Alison J. Nathan
United States District Court
Southern District of New York
40 Foley Square
New York, NY  10007

　　　　Re:　United States v. Roger Thomas Clark
　　　　　　　15-cr-866 (AJN)

Dear Judge Nathan:

　　　　I write to update the Court on the medical status of my client, Roger Clark, whose sentence is pending before this Court. Since my letter to the Court on October 22, 2021, I learned additional information about his medical situation. Mr. Clark had surgery at NYU Langone - Brooklyn to address serious injuries he sustained at the MDC. Yesterday, October 28, 2021, he was transferred to a medical facility in Brooklyn to begin rehabilitation. The length of his stay is as yet undetermined.

　　　　It was difficult to arrange to communicate with Mr. Clark while he was NYU Langone. However, with the assistance of the government and the United States Marshal's Service, I was able to have a call with Mr. Clark today. The parties are working to ensure that I have access to him going forward. Given these circumstances, I ask that I be permitted to file a letter with the Court on or before November 8, 2021, detailing his status.

　　　　I have consulted with one of the Assistant United States Attorneys who is representing the government in this case, and the government has no objection to this request.

Respectfully submitted,

_____/s/_____
Stephanie Carvlin

cc:  AUSA Michael Neff
     AUSA Vladislav Vainberg (via ECF)