UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

–v–

Roger Thomas Clark,

          Defendant.

15-cr-866 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    Defense counsel is ORDERED to file a status update letter regarding Defendant's ability to proceed to sentencing on or before January 28, 2022.

    SO ORDERED.

Dated: January 18, 2022
       New York, New York

                              ALISON J. NATHAN
                            United States District Judge