# LAW OFFICE OF
## STEPHANIE M. CARVLIN, ESQ.
140 Broadway, Suite 4610
New York, New York   10005

STEPHANIE M. CARVLIN, ESQ.

TELEPHONE: 212-748-1636
FAX: 212-858-7750
E-MAIL: CARVLIN@HOTMAIL.COM

February 11, 2022

Honorable Alison J. Nathan
United States District Court
Southern District of New York
500 Pearl Street
New York, NY   10007

```
┌─────────────────────────────────┐
│ USDC SDNY                        │
│ DOCUMENT                         │
│ ELECTRONICALLY FILED             │
│ DOC #:_____        │
│ DATE FILED: 2/15/2022            │
└─────────────────────────────────┘
```

        Re:   United States v. Roger Thomas Clark
              15-cr-866 (AJN)

Dear Judge Nathan:

        I write to update the Court on Mr. Clark's ability to proceed to sentencing. Mr. Clark remains hospitalized for treatment of injuries that he received during an October 18, 2021 fall from his bunk while at the Metropolitan Detention Center. In my letter to the Court dated January 28, 2022, I summarized Mr. Clark's condition. I anticipated being able to provide the Court with more information today. I am not in a position to do so.

        I was scheduled to speak with Mr. Clark on Tuesday, February 8, 2022, and today, February 11, 2020. On February 8, I had a medical procedure that lasted far longer than anticipated, and, as a result, I was unable to speak with him then (although we had a very brief, unscheduled telephone call on Wednesday; and my paralegal saw him Wednesday at the hospital). Today, Mr. Clark did not place the scheduled call to me. I received an email from his sister, however. She advised me that Mr. Clark had been taken to receive a nerve block and therefore could not make the telephone call to me.

        My next call with Mr. Clark is scheduled to take place on Tuesday, February 15, 2022. I hope to get additional information from him then. I therefore request permission to file a status-update letter with the Court on Wednesday, February 16, 2022.

SO ORDERED.

        I have consulted with one of the Assistant United States Attorneys who are representing the government in this case, and the government has no objection to this request.

2/15/2022

Respectfully submitted,


_____/s/_____
Stephanie Carvlin


cc:    AUSA Michael Neff
       AUSA Vladislav Vainberg (via ECF)