UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>- v. -<br><br>ROGER THOMAS CLARK,<br><br>                   Defendant. | No. 15 Cr. 866 (AJN)<br><br>NOTICE OF APPEARANCE |

TO:    Clerk of Court
         United States District Court
         Southern District of New York

The undersigned attorney respectfully requests that the Clerk note his appearance in this case as counsel for the Federal Bureau of Prisons and add him as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

Date:  New York, New York
         March 4, 2022

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By:    /s/ Jeffrey Oestericher
JEFFREY OESTERICHER
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Telephone: (212) 637-2695
Facsimile: (212) 637-0033
Email: Jeffrey.Oestericher@usdoj.gov