# LAW OFFICE OF
## STEPHANIE M. CARVLIN, ESQ.
140 Broadway, Suite 4610
New York, New York   10005

STEPHANIE M. CARVLIN, ESQ.　　　　　　　　　　　　　　TELEPHONE: 212-748-1636
　　　　　　　　　　　　　　　　　　　　　　　　　　　　FAX: 212-858-7750
　　　　　　　　　　　　　　　　　　　　　　　　　　　　E-MAIL: CARVLIN@HOTMAIL.COM

March 12, 2022

Honorable Alison J. Nathan
United States District Court
Southern District of New York
40 Foley Square
New York, NY   10007

　　　　Re:　　United States v. Roger Thomas Clark
　　　　　　　　15-cr-866 (AJN)

Dear Judge Nathan:

　　　　I am counsel for Roger Clark, the defendant in 15-cr-866 (AJN). Mr. Clark is scheduled to be sentenced by the Court on April 1, 2022. My sentencing submission is due on March 23, 2022. Yesterday, Mr. Clark advised me that he wants to proceed p*ro se* going forward. I therefore request that the Court schedule a conference to address this issue.

　　　　Mr. Clark wants to be physically present for this hearing. Given that he remains hospitalized, it may take a few days to arrange his transportation to Court. Therefore, after consulting with the Assistant United States Attorney who is representing the government in this case, Michael Neff, I ask that the Court set a conference for Thursday, March 17, or Friday March 18, 2022, if convenient for the Court.

　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　_____/s/_____
　　　　　　　　　　　　　　　　　　　　　Stephanie M. Carvlin

cc:　　AUSA Michael Neff
　　　　AUSA Vladislav Vainberg (via ECF)