# LAW OFFICE OF
## STEPHANIE M. CARVLIN, ESQ.
140 Broadway, Suite 4610
New York, New York 10005

STEPHANIE M. CARVLIN, ESQ.                    TELEPHONE: 212-748-1636
                                              FAX: 212-858-7750
                                              E-MAIL: CARVLIN@HOTMAIL.COM

March 15, 2022

Honorable Alison J. Nathan
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

     Re:    <u>United States v. Roger Thomas Clark</u>
            15-cr-866 (AJN)

Dear Judge Nathan:

In response to my letter of March 12, 2022, the Court has set a conference for March 22, 2022, to address Mr. Clark's request that he be permitted to proceed pro se. My sentencing submission is now due on March 23, 2022, I ask that the Court suspend that deadline until Mr. Clark's request is resolved.

I have consulted with the Assistant United States Attorney who is representing the government, and the government has no objection to this request.

                              Respectfully submitted,

                              _____/s/_____
                              Stephanie Carvlin

cc:    AUSA Michael Neff
        AUSA Vladislav Vainberg (via ECF)