# LAW OFFICE OF
## STEPHANIE M. CARVLIN, ESQ.
140 Broadway, Suite 4610
New York, New York   10005

STEPHANIE M. CARVLIN, ESQ.

TELEPHONE: 212-748-1636
FAX: 212-858-7750
E-MAIL: CARVLIN@HOTMAIL.COM

March 15, 2022

Honorable Alison J. Nathan
United States District Court
Southern District of New York
40 Foley Square
New York, NY   10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/15/2022
```

Re:   United States v. Roger Thomas Clark
      15-cr-866 (AJN)

Dear Judge Nathan:

In response to my letter of March 12, 2022, the Court has set a conference for March 22, 2022, to address Mr. Clark's request that he be permitted to proceed pro se. My sentencing submission is now due on March 23, 2022, I ask that the Court suspend that deadline until Mr. Clark's request is resolved.

SO ORDERED.

I have consulted with the Assistant United States Attorney who is representing the government, and the government has no objection to this request.

*[signature: Alison J. Nathan]*
3/15/2022

Respectfully submitted,

_____/s/_____
Stephanie Carvlin

cc:   AUSA Michael Neff
      AUSA Vladislav Vainberg (via ECF)