UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America

-v-

Roger Thomas Clark,

                Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/1/22

15-cr-866 (AJN)

ORDER

ALISON J. NATHAN, Circuit Judge, sitting by designation:

    As stated on the record at the March 22, 2022 conference, the sentencing previously scheduled for today, April 1, is adjourned and will be rescheduled at the April 12, 2022 conference.

    SO ORDERED.

Dated: April 1, 2022
       New York, New York

_____
ALISON J. NATHAN
United States Circuit Judge
Sitting by Designation