UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------x

UNITED STATES OF AMERICA,      :      15-Cr-866 (SHS)

     -v-                  :      <u>ORDER</u>

ROGER THOMAS CLARK,         :

        Defendant.      :

-------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

This matter was reassigned to this Court on April 1, 2022. The conference previously scheduled by Judge Nathan for April 12, 2022, is hereby adjourned to April 28, 2022, at 2:30 p.m., and will take place in Courtroom 23A, U.S. Courthouse, 500 Pearl Street, New York. The Court directs both Ms. Carvlin and Ms. Walsh to appear at that conference. The Court will address the issue of whether Mr. Clark is able to represent himself *pro se*, and whether Ms. Carvlin is able to function as his standby counsel. The Court's current intention also is to hold a *Curcio* hearing on April 28 to determine the extent of any potential conflict in the possible representation by Ms. Carvlin of defendant as standby counsel.

Dated: New York, New York
      April 5, 2022

                       SO ORDERED:

                       Sidney H. Stein, U.S.D.J.