UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA,  :  15-Cr-866 (SHS)

    -v-  :  ORDER

ROGER THOMAS CLARK,  :

    Defendant.  :

-------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    At the request of defendant's attorney,

    IT IS HEREBY ORDERED that the conference scheduled for April 28 is adjourned to May 13, 2022, at 9:00 a.m. Ms. Carvlin and Ms. Walsh are both directed to appear at the conference on May 13, 2022.

Dated: New York, New York
       April 21, 2022

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.