UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x

UNITED STATES OF AMERICA

              - against -

Roger Clark,

                            Defendant.
---------------------------------------------------------------x

15 CR 866 (SHS)

NOTICE OF APPEARANCE

      PLEASE TAKE NOTICE that the undersigned hereby appears as counsel for defendant Roger Clark.

Dated: New York, New York
       May 10, 2022

      VLADECK, RASKIN & CLARK, P.C.

By:        /s/
Susan J. Walsh
Attorneys for Plaintiff
565 Fifth Avenue, 9th Floor
New York, New York 10017
(212) 403-7300

TO:   All Counsel (by ECF)