# VLADECK, RASKIN & CLARK, P.C.

SUSAN J. WALSH<br>
212.403.7348<br>
swalsh@VLADECK.COM

May 10, 2022

**By ECF**

Hon. Sidney H. Stein
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

*RE: United States v. Roger Thomas Clark.*
    *15 Cr. 866 (SHS)*

Dear Judge Stein:

    I was appointed conflict counsel in the above matter for Roger Thomas Clark, the defendant in the above captioned matter pursuant to the CJA.

    I am currently quarantining due to a positive diagnosis with COVID 19. I write to respectfully request that I be excused from the conference set for Friday, May 13, or if the Court deems my appearance necessary that the matter be adjourned for three weeks. I have conferred with the other counsel impacted by the request and at present both are also available May 31 and June 2, at the convenience of the Court.

    Thank you for your time and consideration.

                                            Respectfully submitted,

                                            */s/ Susan J. Walsh*
                                            Susan J. Walsh

SJW:djl

1217253 v1