UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 15-Cr-866 (SHS) |
| -v- | : | ORDER |
| ROGER THOMAS CLARK, | : | |
| Defendant. | : | |

--------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

A status conference having been held today, with defendant present, and counsel for defendant and the government present,

IT IS HEREBY ORDERED that:

1. For the reasons set forth on the record, the Court grants defendant's request to represent himself pro se;

2. The CJA attorneys appointed to represent defendant in this matter, Stephanie M. Carvlin, Susan J. Walsh, and Jacob Mitchell, are relieved; and

3. The Court appoints the CJA attorney on duty today, Louis Fasulo, as standby counsel for defendant.

Dated: New York, New York
       May 31, 2022

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.