UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

UNITED STATES OF AMERICA,  :   15-Cr-866 (SHS)

    -against-  :

      ORDER

ROGER THOMAS CLARK,  :

    Defendant.  :

------------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge:

    IT IS HEREBY ORDERED that Evan L. Lipton, the CJA attorney on duty today, is appointed to represent defendant pursuant to the Criminal Justice Act, as standby counsel.

Dated: New York, New York
       June 6, 2022

                        SO ORDERED:

                        Sidney H. Stein, U.S.D.J.