UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

v.

ROGER THOMAS CLARK,

Defendant.

15-Cr-866 (SHS)

ORDER

---

SIDNEY H. STEIN, U.S. District Judge.

    The Court has received defendant's letter dated July 11, 2022. (ECF No. 147.) The government is directed to notify the Court on or before July 19 whether there is a reason why Clark's requests for a pen, notepad, his previously supplied laptop computer, and his legal papers should not be granted. In addition, the government is directed to investigate the validity of Clark's factual allegations, including the allegations that the Marshals confiscated his legal and medical documents (and apparently have not returned them), that the Marshals removed his white noise machine, and that he is unable to receive legal or consular mail. The government is directed to report the findings of its investigation to the Court by July 26.

    The Court established a schedule for submissions and a sentencing date at the most recent conference in this matter on May 31. That schedule remains in place. Clark's supplemental sentencing submission is due by August 26, 2022; the government's response is due by September 9, 2022; and sentencing will take place on September 22, 2022, at 2:30 p.m. in Courtroom 23A.

    Mr. Lipton is directed to forward a copy of this order to defendant and to provide the Court with Clark's current mailing address.

Dated: New York, New York
       July 12, 2022

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.