UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 15-Cr-866 (SHS) |
| -v- | : | ORDER |
| ROGER THOMAS CLARK, | : | |
| Defendant. | : | |

------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    IT IS HEREBY ORDERED that the Probation Department is directed to submit an updated presentence report on this defendant, which shall include any changes in defendant's physical condition and conditions of confinement. Standby counsel shall mail a copy of this Order to defendant.

Dated: New York, New York
       July 12, 2022

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.