

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

July 25, 2022

**BY ECF**

The Honorable Sidney H. Stein
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007

Re:   **United States v. Roger Thomas Clark,**
      **S2 15 Cr. 866 (SHS)**

Dear Judge Stein:

As directed by the Court (Dkt. 148), the Government has been investigating various allegations made by defendant Roger Clark, who is currently pending sentence. In connection with our ongoing investigation, the Government has conducted interviews of more than ten individuals to date, who are employed by several different entities. We are also in the process of reviewing documents. In order to complete our investigation and report to the Court, we respectfully request a brief extension from the current deadline, Tuesday, July 26, until this Friday, July 29, 2022. This is our first request for an extension.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By: _____
Michael D. Neff
Assistant United States Attorney
(212) 637-2107

cc:   Evan Lipton, Esq. (via ECF)