

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

July 25, 2022

**BY ECF**

**MEMO ENDORSEMENT**

The Honorable Sidney H. Stein
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007

      Re:    <u>United States v. Roger Thomas Clark,</u>
             S2 15 Cr. 866 (SHS)

Dear Judge Stein:

      As directed by the Court (Dkt. 148), the Government has been investigating various allegations made by defendant Roger Clark, who is currently pending sentence. In connection with our ongoing investigation, the Government has conducted interviews of more than ten individuals to date, who are employed by several different entities. We are also in the process of reviewing documents. In order to complete our investigation and report to the Court, we respectfully request a brief extension from the current deadline, Tuesday, July 26, until this Friday, July 29, 2022. This is our first request for an extension.

                                            Respectfully submitted,

                                            DAMIAN WILLIAMS
                                            United States Attorney for the
                                            Southern District of New York

                                  By:   *Michael D. Neff*

cc:     Evan Lipton, Esq. (via ECF)
                                            Michael D. Neff
                                            Assistant United States Attorney
                                            (212) 637-2107

**Request for an extension until July 29 to file the report is granted.**

**Dated: New York, New York**
       **July 26, 2022**

                                            **SO ORDERED:**

                                            Sidney H. Stein, U.S.D.J.