UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x

UNITED STATES OF AMERICA,              :         15-Cr-866 (SHS)

            -v-                                   :         ORDER

ROGER THOMAS CLARK,                    :

            Defendant.                            :

---------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    Standby counsel is hereby directed to file Mr. Clark's August 30, 2022, letter on ECF with his personal medical information redacted.

Dated: New York, New York
      September 14, 2022

                                      SO ORDERED:

                                      Sidney H. Stein, U.S.D.J.