

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 14, 2022

**BY CM/ECF**
The Honorable Sidney H. Stein
United States District Judge
Southern District of New York
New York, New York 10007

    **Re:** *United States v. Roger Thomas Clark*, 15 Cr. 866 (SHS)

Dear Judge Stein:

    Sentencing in the above-captioned case is currently scheduled for September 22, 2022 at 2:30 p.m. With apologies to the Court, both of the AUSAs currently assigned to this case anticipate being unavailable on that date. Accordingly, the Government respectfully requests, if acceptable to the Court, that the sentencing be rescheduled for September 29th or September 30th, at a time convenient to the Court.

        Respectfully submitted,

        DAMIAN WILLIAMS
        United States Attorney

By:   /s/
        Michael D. Neff / Vladislav Vainberg
        Assistant United States Attorneys
        (212) 637-2107 / 1029

Cc: Evan Lipton, Esq.