

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA          :
                                  :         15 CR 866-01 (SHS)
    - v -                         :
                                  :         ORDER
ROGER THOMAS CLARK                :
                                  :
          Defendant                :
                                  :
-----------------------------------------------------------x

It is hereby ORDERED that the Metropolitan Detention Center – Medical Department, located at 80 29th Street, Brooklyn, New York, provide all of Roger Thomas Clark's [REG# 85815-054] medical records including discharge records from NYU Langone, Kingsbrook Jewish Medical Center, and Windsor Rehabilitation Center.  The records should be sent to Probation Officer Simone Belgrave, via email at simone_belgrave@nysp.uscourts.gov or faxed to 212-716-0259.  Provide the records no later than Wednesday October 26, 2022.


Dated: New York, New York
       October 20, 2022

                                        SO ORDERED

                                        _____
                                        SIDNEY H. STEIN
                                        U.S.D.J.