

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza,*
*New York 10007*

January 10, 2022

BY ECF
The Honorable Sidney H. Stein
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007

      Re:    United States v. Roger Thomas Clark,
               S2 15 Cr. 866 (SHS)

Dear Judge Stein:

      By Order dated September 16, 2022 (Dkt. 157), this Court adjourned defendant Roger Thomas Clark's sentencing to January 26, 2023, directed the Probation Department to submit an updated PSR, and directed the Government to respond to Clark's allegations concerning his medical treatment following his July 2020 transfer to the MDC. The Court further permitted Clark to file any supplemental sentencing submissions by December 30, 2022, with the Government's response due by January 10, 2023.

      As the Court is aware, the Probation Office filed a revised PSR dated November 2, 2022. Subsequently, the Government submitted a letter on December 28, 2022, supplemented by medical records, responding to the defendant's allegations and evidencing that he is capable of proceeding to sentencing on January 26, 2023. On December 29, 2022, the defendant's current standby counsel submitted a brief letter (Dkt. 160) seeking to adjourn sentencing without date "due to his medical condition and lack of adequate care, and because his legal research and work product has been taken from him." The request appears to recycle the same grounds addressed in the Government's briefing of July 29, 2022 (relating to his loss of legal research and medical conditions) and December 28, 2022 (relating to his current medical conditions and treatment).

      The Government is ready to proceed to sentencing on January 26, 2023, and respectfully reserves the right to file a response should Clark elect to make any further sentencing submissions.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By: _____
Vladislav Vainberg
Michael Neff
Assistant United States Attorneys
Tel. (212) 637-1029 / 2107

cc: Evan Lipton, Esq. (via ECF)