# LAW OFFICE OF
# EVAN L. LIPTON

ELL@evanliptonlaw.com  
Tel / Text (917) 924-9800

250 West 55th Street, Floor 30  
New York, New York 10019

February 3, 2023

BY ECF  
The Honorable Sidney H. Stein  
United States District Judge  
Southern District of New York  
Daniel Patrick Moynihan U.S. Courthouse  
500 Pearl Street  
New York, NY 10007

Re: *United States v. Roger Thomas Clark*,  
S2 15 Cr. 866 (SHS)

Dear Judge Stein:

I write in my capacity as legal advisor / standby counsel to *pro se* defendant Roger Thomas Clark to respectfully request that the status conference currently scheduled for February 10, 2023, be adjourned until March 7, 2023. The reason for this request is that I will be engaged in trial in the EDNY during the month of February. [1]

Respectfully yours,

Evan L. Lipton  
*Legal Advisor / Standby Counsel to Roger Clark*

Cc:   Roger Thomas Clark

(by United States Mail)

---

[1] *United States v. Mohamed Tahlil Mohamed,* et ano., Docket No. 18-Cr.-603 (ARR)