UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 15-Cr-866 (SHS) |
| -v- | : | ORDER |
| ROGER THOMAS CLARK, | : | |
| Defendant. | : | |

------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

      The Court has been notified that Mr. Clark was give a COVID test and the result was negative. The conference will take place as originally scheduled on Tuesday, March 7, at 10:00 a.m.

Dated: New York, New York
       March 6, 2023

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.