UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

UNITED STATES OF AMERICA,                :        15-Cr-866 (SHS)

       -against-                                  :

                                                     ORDER

ROGER THOMAS CLARK,                     :

              Defendant.           :

-----------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge:

       At the request of the defendant,

       IT IS HEREBY ORDERED that, for the reasons set forth on the record, Evan L. Lipton is appointed to represent the defendant pursuant to the Criminal Justice Act.

Dated: New York, New York
       March 7, 2023

                                                                    SO ORDERED:

                                                                     Sidney H. Stein, U.S.D.J.