# LAW OFFICE OF
# EVAN L. LIPTON

ELL@evanliptonlaw.com
Tel / Text (917) 924-9800

250 West 55th Street, Floor 30
New York, New York 10019

April 19, 2023

BY ECF
Hon. Sidney H. Stein
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

Re: *United States v. Roger Thomas Clark*,
S2 15 Cr. 866 (SHS)

Dear Judge Stein:

  I write as counsel to Roger Clark to request that the schedule for his sentencing submissions and sentencing hearing be adjourned approximately three weeks. Specifically, I propose that the sentencing submission presently due on April 21 instead be filed on or before May 12; that the government response date be changed to May 26, and that the sentencing hearing be held on or after June 23 (instead of May 17). Although I have made prior adjournment requests on Mr. Clark's behalf (while serving as standby counsel), this is the first I am making as his legal representative. I intend for this to be the final adjournment in this matter. The government (A.U.S.A. Vainberg) consents to this application.

  The reason for this request is that it has been particularly difficult to communicate with Mr. Clark over the last several weeks due to the implementation of a "planned lockdown" at the facility, announced in a memorandum from Warden Ma'at on March 24 and in effect since at least that date. As a result, Mr. Clark has not had adequate time to share with me information relevant to his final sentencing submission, including materials he has written and would like me to review prior to entering a filing on his behalf.

Hon. Sidney H. Stein<br>
April 19, 2023<br>
2 of 2

      While the lockdown continues, Mr. Clark reports that access to Corrlinks, which he uses to draft and email communications to counsel, has been restored. If permitted additional time to work with Mr. Clark over the next three weeks, both during in-person legal visits and through use of email, I am confident that I will be able to gather and present the relevant information to the Court in a submission acceptable to Mr. Clark.

                    Respectfully yours,

                    Evan L. Lipton
*Attorney for Roger Clark*

Cc:    Gov't counsel

**The sentencing is adjourned to June 26, 2023, at 10:00 a.m. The defense submission is due by May 12, the government submission is due by  May 26.**

**Dated:** New York, New York
        **April 20, 2023**

SO ORDERED

_____
SIDNEY H. STEIN
U.S.D.J.