# LAW OFFICE OF
# EVAN L. LIPTON

ELL@evanliptonlaw.com  
Tel / Text (917) 924-9800

250 West 55th Street, Floor 30  
New York, New York 10019

**MEMO ENDORSED**

May 22, 2023

Hon. Sidney H. Stein  
United States District Judge  
Daniel Patrick Moynihan United States Courthouse  
500 Pearl Street  
New York, NY 10007

Re: *United States v. Roger Clark, 15* Cr. 866 (SHS)

Dear Judge Stein:

After consultation with government counsel, I write to respectfully request that the sentence memorandum filed at ECF No. 173 be withdrawn, and replaced with a revised memorandum, filed on ECF today along with this letter. The memorandum has been revised in the following ways: (1) section VIII, addressing the guidelines enhancement for "threat to use violence" has been removed; (2) the sections following have been renumbered; and (3) a portion of the revised section VIII, addressing the guidelines enhancement for obstruction of justice, has been removed.

Respectfully yours,

Evan L. Lipton  
Attorney for Roger Clark

cc:  Gov't counsel

**The request to replace the sentencing memorandum [Doc. No. 173] with the attached supplemental sentencing memorandum is granted.**

**Dated: New York, New York**  
     **May 22, 2023**

SO ORDERED:

Sidney H. Stein, U.S.D.J.