LAW OFFICE OF
# EVAN L. LIPTON

ELL@evanliptonlaw.com  
Tel / Text (917) 924-9800

250 West 55th Street, Floor 30  
New York, New York 10019

June 20, 2023

BY ECF  
Hon. Sidney H. Stein  
United States District Judge  
Southern District of New York  
Daniel Patrick Moynihan U.S. Courthouse  
500 Pearl Street  
New York, NY 10007

Re: *United States v. Roger Thomas Clark,*  
S2 15 Cr. 866 (SHS)

Dear Judge Stein:

 Enclosed please find reference letters written by friends and family members of Roger Clark for consideration in his sentencing proceeding. The following letters are enclosed: (1) Elizabeth Clark; (2) Kayla Chan; (3) Aaron Higgs; (4) Neil Hopkins; and (5) Tannis Wing.

Respectfully yours,

Evan L. Lipton  
*Attorney for Roger Clark*

Cc: Gov't counsel