# LAW OFFICE OF
# EVAN L. LIPTON

ELL@evanliptonlaw.com  
Tel / Text (917) 924-9800

250 West 55th Street, Floor 30  
New York, New York 10019

June 20, 2023

**MEMO ENDORSED**

<u>BY ECF</u>  
Hon. Sidney H. Stein  
United States District Judge  
Southern District of New York  
Daniel Patrick Moynihan U.S. Courthouse  
500 Pearl Street  
New York, NY 10007

Re: *United States v. Roger Thomas Clark*,  
S2 15 Cr. 866 (SHS)

Dear Judge Stein:

     I write as counsel to Roger Clark to respectfully request that the sentencing hearing in this matter be adjourned for approximately three weeks, from June 26 to a date on or after July 19 to give Mr. Clark additional time to compose his personal letter to the Court. Given the previous adjournments that the Court has granted, this will be the final such application. The government (A.U.S.A. Michael Neff) consents.

     At the status conference held on March 7, 2023, Mr. Clark withdrew his *pro se* status and requested to be represented by undersigned counsel. Since that time he has consistently communicated his strong desire to supplement my submission with a personally authored submission of his own in which he intends to address information highly relevant to the Court's consideration of the section 3553(a) factors. Specifically, Mr. Clark will write about the most traumatic aspects of his incarceration, including details of his victimization while detained in Thailand which he has been unable to share with counsel during legal meetings but that he believes he can describe in a writing to the Court. Due to the almost continuous lockdowns at the

Hon. Sidney H. Stein<br>
June 20, 2023<br>
2 of 2

MDC and the attendant lack of access to computers Mr. Clark has made only minimal progress and therefore makes this request for additional time.

Counsel's revised sentencing memorandum was filed on May 22 (ECF No. 174) and the government's sentencing letter on May 27 (ECF No. 176). Concurrent with this letter, I am filing five letters of support that I have received from Mr. Clark's family member's and friends. I do not anticipate any further submissions by counsel.

Thank you for your consideration of this application.

Respectfully yours,

Evan L. Lipton
*Attorney for Roger Clark*

Cc:   Gov't counsel

**The sentencing is adjourned to July 11, 2023, at 10:00 a.m. The defendant's submission addressed to the conditions of confinement in Thailand may be handwritten if that will assist defendant. No further adjournments.**

**Dated:  New York, New York**
**June 21, 2023**

SO ORDERED

SIDNEY H. STEIN
U.S.D.J.