

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

July 5, 2023

**BY ECF AND EMAIL**

The Honorable Sidney H. Stein
United States District Judge
Southern District of New York
500 Pearl Street
Daniel Patrick Moynihan U.S. Courthouse
New York, New York 10007

      Re:    *United States v. Roger Thomas Clark*, S2 15 Cr. 866 (SHS)

Dear Judge Stein:

      In advance of sentencing of defendant Roger Thomas Clark—which is scheduled for July 11, 2023, at 10:00 a.m.—the Government respectfully submits this brief supplemental letter with information from the federal Bureau of Prisons ("BOP"). The BOP has reviewed Clark's medical conditions, as outlined in both the Final Revised Presentence Report dated November 2, 2022 (Dkt. 159) and Clark's supplemental sentencing letter dated May 22, 2023 (Dkt. 174). The BOP has confirmed that it is well-equipped to handle and address these conditions. *See* Ex. 1, p. 3 (July 5, 2023 letter from Dr. Diane Sommer, Regional Medical Director for the Northeast Region of the Federal Bureau of Prisons ("Based on the information provided to me and my knowledge of the BOP's medical resources, the BOP will be able to provide appropriate care for Mr. Clark should he be sentenced to a term of incarceration and committed to the custody of the BOP.")).[1]

      Respectfully submitted,

      DAMIAN WILLIAMS
      United States Attorney
      Southern District of New York

By:      /s/
      Michael D. Neff / Vladislav Vainberg
      Assistant United States Attorneys
      (212) 637-2107/1029

cc:    Evan L. Lipton, Esq. (by ECF and email)

---

[1] Because the defense's supplemental sentencing letter openly discusses Clark's medical conditions in a public filing (*see, e.g.*, Dkt. 174-1, p. 13), the Government does not believe there is a basis, at this point, to redact these conditions in the BOP's attached letter.